129

1  Sharon Bridgewater
   1524 Harvest Lane
2  Superior Township, MI 48198

3  1-734-604-4204

   In Pro Se

5

6

7                    UNITED STATES DISTRICT COURT FOR

8

9                          DISTRICT OF COLUMIA

10                                          Case:2:12-cv-15423
                                            Judge: Cohn, Avern
11                                          MJ: Majzoub, Mona K.
                                            Filed: 12-10-2012 At 04:40 PM
12                                          CMP USA EX REL BRIDGEWATER V. HOLDE
                                            R ET AL (DA)
13  THE UNITED STATES OF AMERICA        )   COMPLAINT FOR RACKEETEERED
    (with and/or without the United States) )  INFLUENCED AND CORRUPT
14  ex rel  Sharon Bridgewater,"Private Attorney )  ORGANIZATION(RICO);
    General" and/or individually and/or on behalf )  For retaliating  against  federal  witness,
15  of the (Specialty Investment Group  L.L.C. )  victim, in violation of 18  U.S.C. 1513;  a
    A dissolved Georgia Company, and Specialty )  other predicate acts:  18 U.S.C. § 1510; 18
16  Global Investments Inc., a dissolved     )  U.S.C. § 1343;  18 U.S.C. § 1341; 18 USC §
17  Nevada Corporation ),Bridgewater & Company )  1512, 18 U.S.C . § 1503; 18 U.S.C . § 1509;
    Inc. a California Corporation           )  18 U.S.C. § 1951; 18 USC  § 2314.
18                                          )  MALICIOUS PROSECUTION
19                                          )  CONSPIRACY TO DEPRIVE RIGHT 42
                                            )  USC 1985(3)/1983 (RETALITORY
20                            Plaintiffs,   )  PROSECUTION, CONSPIRACY TO
                                            )  DEFRAUD, CONSPIRACY TO
21             Vs.                              FRAUDULANTLY CONCEAL
                                                FRAUDULANT CONCEALMENT.
22  Eric Holder Jr.,                            UNFAIR BUSINESS PRACTICES, UNFAIR
    In his individual capacity and/or Official  COMPETITION, VIOLATIONS OF THE
23  capacity as the United States Attorney General  CLAYTON ACT, SECTION 1SECTION 2,
24  Defendants JOHN DOE 1 are unknown         SHERMAN ACT SECTION 1, SECTION 2
    employees of the Executive Branch. They are  ILLEGALMONONOLPOLY,CONSPIRACY
25  sued in their current or former individual    TO MONOPOLIZE
    capacities                                 CONSPIRACY TO RESTRAIN
26  Defendants JOHN DOE 2 are unknown agents   COMMERCE
27  of the Federal Bureau of Investigation(FBI   ILLEGAL RESTRAINT IN COMMERCE
    They are sued in their current or former      CAUSE OF ACTION FOR
28  individual capacities.                     CONSPIRACY TO DEFRAUD
                                                INTENTIONAL MISPRESENTIONS
                                                FRAUDULANT INDUCEMENT

Assistant Attorney General Lanny Breuer,
Acting Deputy Attorney General Gary Grindler,,
Deputy Assistant Attorney General Jason
Weinstein
Associate Deputy Attorney General Ed Siskel
Defendants JOHN DOE 3 are unknown
Assistant United States Attorney General(s).
They are sued in their current or former
individual capacities.
Defendants JOHN DOE 4 are unknown US
"State" Attorney (ies) General(s) and they are
sued in their individual current or
former capacities.
Defendants JOHN DOE 5 are unknown
employees of the U.S. Department of Justice.
They are sued in their current or former
individual capacities.
Saundra Brown Armstrong, a United States
Federal District Court Federal Judge for the
Northern District of California
Is sued in her individual capacity
Claudia Wilkins, a United States Federal District
Court Federal Judge for the Northern District of
California Is sued in her individual capacity
Defendants JOHN DOE 6 are unknown
employees and/or clerks of the U.S. Northern
District of California, Oakland, and Division.
They are sued in their current or former
individual capacities
Orinda D. Evans, a United States Federal
District Court Federal Judge for the Northern
District of Georgia Is sued in her individual
capacity
Allen Baverman, a United States Federal
District Court Magistrate Federal Judge for the
Northern District of Georgia Is sued in his
individual capacity
Defendants JOHN DOE 7 are unknown
employees and/or clerks of the U.S. Northern
District of Georgia. They are sued in their
current or former individual capacities
Shawn Donavan,
Is sued in his current or former individual
capacity As the Director of the United States
Housing and Urban Development
Defendants JOHN DOE 8 is the unknown

FRAUD PROMISE WITH THE INTENT
NOT TO PERFORM
CONVERSION
FRAUDULANT CONVEYENCE
BIVENS VS. SIX FBI
AGENTS(RETAILATORY PROSECUTION
NEGLIENT INFLICTION OF EMOTIONAL
DISTRESS
PUNATIVE DAMAGES


**SUPPLIMENTAL CRIMINAL
PLEADING FILED UNDER SEAL
(FEDERAL FALSE
CLAIMS)ATTACHED AS EXH. A**

**CERTIFIED MAIL#_____
TO ERIC HOLDER**



**FOR DECLARATORY
AND INJUNCTIVE RELIEF**



FILED CONCURRENTLY WITH
EX-PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER
ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION AND
PERMANENT INJUNCTION, EXPIDENT
DISCOVERY, APPOINTMENT OF
RECEIVER, AND OTHER INJUNCTIVE
RELIEF WITH MEM AND POINTS OF
AUTHORITIES IN SUPPORT OF

Director of the San Francisco Housing
Authority He or she is sued in her/his individual
and/or official current or former capacity as
Director of the San Francisco Housing
Authority
Defendants JOHN DOE 9 is  unknown
employee of the San Francisco Housing
Authority.  He is sued in his official and/or
individual current or former capacity
Hayes Valley Limited Partnership
(AKA, Hayes Valley Apartments II L.P.),
McCormack Baron Ragan Management
Services Inc.
MBA Urban Development Co.,
The Related Companies of California, Inc.
Sunamerica Affordable Housing
Partnership Inc.,
Hasinah Rahim,
Shawn Bankson,
Jane Creason,
Kimball, Tirey & St. John, LLP,
Jo-Lynne Q. Lee, is sued in her
Individual and official capacity as the
Superior Court Judge of Alameda County,
Roger Tonna,
Mary Tonna,
William Gilg,
Defendants JOHN DOE 10 is the unknown
Director of the Alameda County Housing
Authority, He or  She is sued in his/her
individual and official current or former
capacity as  Director of the Alameda County
Housing Authority
Defendants JOHN DOE 11 is the unknown
Supervisor of the Alameda County Housing
Authority, She is sued in his/her  individual and
official current or former   capacity.
Defendant JOHN DOE 12 is Unknown"
Executive Director of Dekalb County, Georgia
in his/her individual and official "former"
capacity
Defendants Terrell Bolton "former" Chief of
Police of  DeKalb County, Georgia
He is sued in his individual and official "former
"capacity as Chief of Police of
Dekalb County

Chandra Y. Schreinder #2491,
Individually and in her official and/or "former"
capacity as arresting Officer of the DeKalb
County, GA Police Department
Officer Franklin
Individually and in his/her official and/or
"former" capacity as a DeKalb County, GA
Police Officer
Detective George
Individually and in her official and/or "former"
capacity as Detective of the DeKalb County GA
Police Department
Lieutenant Hamilton
Individually and in his/her official and/or
"former" capacity as Lieutenant of the DeKalb
GA County Police Department
Defendants JOHN DOE 13 are unknown
DeKalb County GA Police Officers in their
individual and official and/or "former"
capacities.
Randy Rich,
Individually and in his official capacity as the
Superior Court Judge of Gwinnett County
Lucas O. Harsh,
Rosanna Szabo
Individually and in her official and/or "former"
capacity as Gwinnett County Solicitor
Officer Hardin "former" Police Officer of the
Lawrenceville Georgia Police Department
Defendants JOHN DOE 14 is unknown
Lawrenceville ,GA Police Officers in their
individual and official and/or "former"
capacities.
Defendants JOHN DOE 15 is unknown
Lawrenceville ,GA Chief of Police he/she is
sued in his/her current or "former" capacity as
Chief of Police
Officer Caldwell
Individually and in his official and/or "former"
capacity as arresting Officer of the Gwinnett
County, GA Police or Sherriff Department
Defendants JOHN DOE 16 is unknown  "
Chief of Police of  Gwinnett County, GA
Police or Sherriff Department
He/She is sued in his/her individual and official
or "former "capacity

1
2
3

Defendant JOHN DOE 17 are Executive
Directors, Commissioners, Board of Directors,
of Gwinnett County, GA individually and in
their official current or "former" capacities
Defendant Victoria Roberts, is sued in her
individual capacity As United States Eastern
District Court Judge of Michigan along with
unknown employees of the United States
Eastern District Court of Michigan
Washtenaw County Sherriff Department

6
7
8
9
10
11
12
13
14
15
16
17

And Does John Does 23 thru 1000 inclusive

18
19
20
21
22
23
24
25
26
27
28

**PARTIES, RICO PERSONS, JURISDICTION AND VENUE, AND COMMERCE**

PARTIES, RICO PERSONS, JURISDICTION, VENUE AND COMMERCE

This Court has subject matter jurisdiction over Plaintiffs' claims under the Racketeer Influenced and Corrupt Organizations Act of 1970, 18 U.S.C. Sections 1961 and/or 28 Section 1343 (1)and/or(2)and/or(3)and/or(4) and/or under Title 28 Sections 1331 and/or 1332 and/or 1335 and/or 1357 and/or 1406 and/or 1441 and/or 1603 and/or for 18 USC sections 1981 and/or 1982 and/or 1983/1985 and/or 1986. And/or 42 U.S.C. § 3604, and/or the Americans with Disabilities act.

Venue is proper pursuant to 18 U.S.C. § 1965(a) and/or(b) Victoria Roberts, and Defendants JOHN DOE 18 unknown Executive Director of Washtenaw County, Michigan in his/her individual and official capacity; and (a) other defendants resides, is found, has an agent or transacts their affairs in the Eastern District of the State of Michigan and/or in the District of Columbia,Washington and; (b)The acts and occurances in furtherance of the alledged herein arose in this Eastern District of Michigan and/or the District of Columbia, Washington D.C. and the ends of justice require that other parties residing in other Districts be brought before this District Court to be summoned, processed, by the United States Marshal.

**PLAINTIFFS**

PLAINTIFFS

The Plaintiffs **The United States of America ex rel Sharon Bridgewater**
move this Federal Court on behalf of the United States of America *ex relatione* "Sharon Bridgewater" and as an "private attorney general" to vindicate a policy that Congress considers to be of the highest priority and for injunctive relief. The United States of America ex rel Sharon Bridgewater certifies that the case is of general public importance and serve as "private attorneys general" to enforce the civil rights laws.

The Plaintiffs the United States of America claim a right to relief for injuries arising from the same occurrences or transactions, and and have been damaged by the above defendants.

I I Sharon Bridgewater is a citizen is a citizen of the United States, and is a citizen of Michigan. I Specialty Investment Group LLC was established in 2004 and Specialty Global Investments Incorporated was established in 2009 both companies was dutily licensed under Georgia, and Nevada, and includes a individuals, or a group of individuals associated in fact, joint ventures, of Real Estate Professional which the Plaintiff Solar Energy. Bridgewater & Company Inc. was

Page - 13                     Bridgewater vs. Holder et al

establish in 2009 dutily licensed under California, and  is a Real Estate Company which involves a variety of services, open to the general public.  nature of commerce – Real Estate.

Specialty Investment Group LLC "and Specialty Global Investments INC. is currently  dissolved companies, organized and existing under the laws of the State of Georgia, or Nevada with its principal office and place of business in State of Georgia, and the State of Neveda. The Plaintiff is one member organizer and is manager of the Specialty Investment Group LLC, and the chief Executive Officer of Specialty Global Investments INC.The Plaintiff and authorized to handle all the affairs of the Specialty Investment Group LLC, and Specialty Global Investment. Bridgewater and Company Inc. is the Plaintiffs son's company.  The Plaintiff is an Officers of Bridgewater and Company organized and existing under the laws of the State of California, with its principal office and place of business in State of State of California.  James S. Bridgewater is the owner and operator of Bridgewater and Company and have an interest in this complaint as well.  James is in Califonria, and I am in Michigan.   The Plaintiff is an Officer and authorize to sue on behalf of Bridgewater and Company INC.

The Plaintiffs Sharon Bridgewater is authorized to manage and handle and conduct all the Businesses listed in this complaint and/or to sue on behalf  for the Specialty Investment Group LLC, Specialty Global Investment INC.  The Plaintiff is an officer of Bridgewater and Company Inc. and is authorized to sue on behalf of these companies.

The Plainitffs lost their ability to earn a living due to conspiracies of the above named Defendants, deprivation of the Plaintiffs property, violence against the Plaintiffs(WOMEN minority business owners), oppression, unfair business practices, unfair competition, conspiracies to restrain commerce, acts of threats, extortion, coercion, force, assault and battery, upsuration of business(es) The Specialty Investment Group LLC dissolved in Sept. 2010, due to the "repeated" conspiracies and/or unlawful attacks to restrain commerce, unfair competition, unfair business practices, repeated, continual  violation of the Specialty Investment Group LLC and/or the Plaintiff's United States Constitutional violations civil rights by the above named Defendants. illegal overt acts by the United States Government  the Plaintiff has direct and/or indirectly proximate cause of the Plainiff's mental and emotional instablilty and social security, oppression, deprivation of business and personal property, theft, and anti-competitive conduct of one or more of  the Defendants.receptant of from the. (Specialty Investment Group LLC a Real Estate Company dissolved Georgia Company)who suffered loss of business and personal property resulting in the continual emotional and mental distress suffered by the Plaintiff and inability to operate business, conduct, which violates both federal antitrust laws.

.

The Plaintiff are individuals, associations, partnerships, corporations, Public and Private partnerships, or other legal entity, or a union or group of ndividuals associated in fact.", Partnerships, Companies of the United States Government, Federal, State and local Employees, a union or group of individuals, associated together in fact, and/or informal association of individuals and/or minority small business owners and/or individuals as defined in enterprized associated with the enterprise, is engaged in interstate *(or foreign)* commerce directly engaged in the production, distribution, or acquisition of services, money, goods, or other property in interstate *(foreign)* commerce Specialty Investment Group LLC was established in 2004, and and nature trade of commerce "Real Estate." **The Nature of Trade and Commerce**; Real Estate **owners a**nd constitute an enterprise," enterprise that as defined in 1961(4).

The Plainiffs Specalty investiment Group Specialty Investment Group LLC "and Specialty Global Investments INC. dissolved companies, organized and existing under the laws of the State of Georgia, with its principal office and place of business in State of Georgia, and the State of Neveda. The Plaintiff is one member organizer and is manager of the Specialty Investment Group LLC, and the chief Executive Officer of Specialty Global Investments INC.. The Plaintiff and authorized to handle all the affairs of the Specialty Investment Group LLC, and Specialty Global Investment. Bridgewater and Company Inc. is the Plaintiffs son's company. The Plaintiff is an Officers of Bridgewater and Company organized and existing under the laws of the State of California, with its principal office and place of business in State of State of California. The Plaintiff is authorize to sue on behalf of Bridgewater and Company INC.

# RICO PERSONS – ENTERPRIZE(S)[DEFENDANTS]

## [RICO TITLE 18 UNITED STATES CODE § 1961(3)

RICO PERSONS -DEFENDANTS
RICO TITLE 18 UNITED STATES CODE § 1961(3)]

All were private contractors, State of Georgia and/or Gwinnett County Detention Center, Professional Probaton Services, Lance Towing, Nature Trade of Commerce; Corrections and/or Law enforcement, and/or Real Estate who were associalte in facts, employees, hold legal or equitable in property and interest in the United States Government, and each is a "person," as that term is defined pursuant to Section 1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"]
.

## INTRODUCTION AND PRELIMNARY STATEMENTS

INTRODUCTION AND PRELIMINARY STATEMENTS

This case is about a "criminal enterprise" and/or grossly dysfunctional, United States Government operated by Obama and/or Holder  conspiracies to defraud the US Government and/or other US Citizens and/or the Plaintiffs out of money and propery, defeating the lawful function of US Government, and their abuse of US Government Power, use of threats, coercion, and/or force, obstruction of Justice,

The objective of the racketeering *enterprise* was to halt the ability  of the Plaintiff to report the crimes of the Defendants.

The Defendants continuing illegal criminal acts are a pattern and practices, millions of US citizen lives are at stake, as well as our national security.  The Defendants must be restrained and enjoined immediately, and the RICO Organization must be dissolve.  The United States ex rel Sharon Bridgewater have no other adequate remedies at law.

## MOTION TO TRANFER AND CONSOLIDATE CASE AND/OR RELATE CASE

MOTION TO TRANFER AND CONSOLIDATE CASE AND/OR RELATE CASE

The Plaintiff files this complaint in this federal district court on an emergency basis.  The Plaintiff is due to be arraigned on criminal charges of resisting arrest.  The Defendants are "barred" from criminal prosecution of the Plaintiffs.[The Plaintiffs filed three or four complaints in this US Federal District Court against Holder et, al, before these criminal charges were filed against the Plaintiff; the complaints were dismissed for various reasons.   Holder et al at all times have a personal stake in the criminal prosecution of the Plaintiff.  The law provides that a Defendant can not criminal prosecute if they have a personal stake in the prosecution of a Defendant].   This complaint is incomplete,  it is lenthly, dates and times are missing because the Plaintiffs files this on an emergency basis,  and this complaint needs to be amended.  This complaint is  accompanied by a "exparte emergency temporary restraining order," barring the criminal prosecution of the Plaintiffs.[TODAY]

This complaint also stems back from 1997 and/or thru 2008 and thru today date.      San Francisco case number(cite) August 2008. Plaintiffs request this court to consolidate and/or relate all cases pending before these Judges.

The Plaintiffs complains of fast and furious to establish "two or more" predicate acts by Obama and/or Holder, within a ten year period.   This is an overlapping conspiracy.  The Supreme Court has repeatedly held that the United States is not bound by a statute of limitations or subject to the defense of laches when it brings a lawsuit in its sovereign capacity "The United States of America to enforce a public right or to protect the public's interest. Utah Power & Light Co. v. United States, 243 U.S. 389, 409 (1917)  A neglect of duty on the part of Government officers is no defense to a suit by it to enforce a public right or protect a public interest.". Accord Nevada v. United States, 463 U.S. 110, 141 (1983); United States v. California, 332 U.S. 19, 40 (1947). Furthermore, fraudulently concealed facts and with due dilengle it was impossible for the Plaintiff to discover the action of the Defendants, until Nov. 11, 2012, when Obama aided, assited had the case assigned to a newly obama appointee and only to have the case dismissed., therefore the the statue of limitation tolled in a conspiracy.

This complaint is actionable against Judges under Title 42 U.S.C. 1985 (3),whose immunity does not extend to conspiracy under color of law. Section 1985(3) reaches both conspiracies under color of law and conspiracies effectuated through purely private conduct.  Cases are pending, and/or were dismissed by the above Judges. On Judges violation of oath of office Many judges have a total disregard for their oath of office under Title 28 Section 453, All judges take this oath of office swearing to uphold the U.S. Constitution.   All cases pending before the above list Defendants are to add Chesney

The Plaintiff is a victim of crime by the above Defendants, and a victim of repeated violence, which is the direct and proximate cause of the the Plaintiffs disability (Americans with disabilities Act).   Pursuant to FRCP short and plain statement are required.   It is very difficult for me to even think about, let alone write about the horrific crimes committed against me.  In light of the circumstances, this US Federal District Court must excuse any decrepanies of my pleading.   I am trying my best to keep sentences short and plain, and simple.

In order to survive amotion to dismiss" under Rule 12(b)(6)  a Plaintiff need only to 'adduce a set of facts' supporting their legal claims. Wells v. United States, 851 F.2d 1471, 1473 (D.C. Cir.1988) and/or all that is required is that the complaint "provides enough factual information to make clear the substance of that claim." Caribbean Broad. Sys., 148 F.3d at 1086. More *A Complaint should not be dismissed for failure to state a claim* unless it appears beyond a doubt that the Plaintiff can prove no set of facts in support of his claim which would entitle him to relief. See Conley v. Gibson, 355 U.S. 41, 45-46 (1957) also Neitzke v. Williams, 109 S. Ct.1827, 1832 (1989); and the Supreme Court ruled a RICO complaint must not be dismissed for discrepincies.

The United States of America ex rel Sharon Bridgewater also moves this court for Order for all Judges, assigned to the above cases to rescue themselves, and/or relate, transfer and/consolidate with these case pending before these Judges  (THEY ARE AMONG THE PROBABLE CAUSE).

## FORMAL CRIMINAL CHARGES

Now comes,THE UNITED STATES OF AMERICA(with and/or without the United States) and a competent adult(put) ex rel Sharon Bridgewater,"Private Attorney General" and/or individually and on behalf of  (Specialty Investment Group L.L.C. A dissolved Georgia Company and Specialty Global Investments Inc. a dissolved Neveda Corporation), says makes the following  affirmation under the penalties of perjury and that On or about Sept. 19, 2007 thru present the Defendants upon information and belief, two or more of the predicate acts as itemized in 18 U.S.C. section 1961, and/or crimes, did take place in the County of the District of Columbia, Washington D.C., in the County of Gwinnett, State of Georgia, in the County of Dekalb, State of Georgia, in the County of Fulton, State of Georgia, in the County of Oakland, State of California, in the  County of San Francisco, State of California, in the  County of Washtenaw, State of Michigan and "unknown" cities or towns in the State of Georgia, State of California, State of California, and/or Michigan, and in the  County of Wayne, State of Michigan and in the State of California in the  District of Columbia, within the preceding ten years of this complaint among the Defendants as listed on this complaint jointly or severally.

AND **COMES NOW**, THE UNITED STATES OF AMERICA(with and/or without the United States) ex rel Sharon Bridgewater,"Private Attorney General" and/or individually and on behalf of  (Specialty Investment Group L.L.C. A dissolved Georgia Company, and Specialty Global Investments Inc. a dissolved Neveda Corporation),  complains, alleges and appearing before a Federal Judge of the United States, pursuant to 18 U.S.C. 4, to report these crimes and/or  to the United States Congress, The United States House of Representatives, The United States Senate, formally charges defendants Barak H. Obama,In his individual capacity as Chief Executive Officer of the United States  of America, Eric Holder Jr.In his individual capacity as the United States Attorney General, JOHN DOE 1 unknown  employees of the Executive Branch in their current or former individual capacities,  Defendants JOHN DOE 2 unknown agents  of the Federal Bureau of Investigation(FBI in their current or former individual capacities, Defendants JOHN DOE 3 unknown  Assistant United States Attorney General(s) in their current or former individual capacities, Defendants JOHN DOE 4  unknown US "State" Attorney (ies) General(s) in their individual current or former capacities, Defendants JOHN DOE 5 unknown  employees of the U.S. Department of Justice. in their current or former individual capacities, Saundra Brown Armstrong, United States Federal District Court Federal Judge for the Northern District of California in her individual capacity, Claudia Wilkins, United States Federal District Court Federal Judge for the Northern District of California in her individual capacity,  Defendants JOHN DOE 6 unknown  employees and/or clerks of the U.S. Northern District of California,

Oakland, and Division in their current or former individual capacities,  Orinda D. Evans, United States Federal  District Court Federal Judge for the Northern District of Georgia in her individual capacity, Allen Baverman, a United States Federal  District Court Magistrate Federal Judge for the Northern District of Georgia in his individual capacity, Defendants JOHN DOE 7 unknown employees and/or clerks of the U.S. Northern District of Georgia in their current or former individual capacities, Shawn Donavan, in his current or former individual capacity As the Director of the United States Housing  and Urban Development, Defendants,  JOHN DOE 8 unknown  Director of the San Francisco Housing in her/his individual and/or official current or former capacity as Director of the San Francisco Housing Authority, Defendants JOHN DOE 9 unknown  employee of the San Francisco Housing Authority in his official and/or individual current or former capacity, Hayes Valley Limited Partnership(AKA, Hayes Valley Apartments II L.P.), McCormack Baron Ragan Management  Services Inc. MBA Urban Development Co., The Related Companies of California, Inc. Sunamerica Affordable Housing Partnership Inc., Hasinah Rahim, Shawn Bankson,  Jane Creason, Kimball, Tirey & St. John, LLP, Jo-Lynne Q. Lee, in her  Individual and official capacity as the Superior Court Judge of Alameda County, Roger Tonna, Mary Tonna, William Gilg, Defendants JOHN DOE 10  unknown Director of the Alameda County Housing Authority, in his/her  individual and official current or former capacity as  Director of the Alameda County Housing Authority,  Defendants JOHN DOE 11 unknown Supervisor of Lynn Shanks, of the Alameda County Housing Authority,  in his/her individual and official current or former  capacity, Defendant JOHN DOE 12 Unknown" Executive Director of Dekalb County, Georgia in his/her individual and official "former" capacity, Defendants Terrell Bolton "former" Chief of Police of  DeKalb County, Georgia in his individual and official "former "capacity as Chief of Police of  Dekalb County, Chandra Y. Schreinder #2491,  Individually and in her official and/or "former"  capacity as arresting Officer of the DeKalb County, GA Police Department , Officer Franklin  Individually and in his/her official and/or "former" capacity as a DeKalb County, GA  Police Officer, Detective George,Individually and in her official and/or "former" capacity as Detective of the DeKalb County GA Police Department, Lieutenant Hamilton Individually and in his/her official and/or "former"  capacity as Lieutenant of the DeKalb GA County Police Department, Defendants JOHN DOE 13 are unknown DeKalb County GA Police Officers in their individual and official and/or "former" capacities.Randy Rich, Individually and in his official capacity as the Superior Court Judge of Gwinnett County, Lucas O. Harsh,  Rosanna Szabo Individually and in her official and/or "former"  capacity as Gwinnett County Solicitor, Officer Hardin "former" Police Officer of the Lawrenceville Georgia Police Department, Defendants JOHN DOE 14 is unknown Lawrenceville ,GA Police Officers in their individual and official and/or "former" capacities. Defendants JOHN DOE 15 unknown Lawrenceville ,GA Chief of Police he/she is  sued in his/her current or "former" capacity as Chief of Police,  Officer Caldwell Individually and in his official and/or "former"  capacity as arresting Officer of the Gwinnett County, GA Police or Sherriff Department,  Defendants JOHN DOE 16 is unknown, Chief of Police of  Gwinnett County, GA Police or Sherriff'Department in his/her individual and official or "former "capacity, Defendant JOHN DOE 17 Executive Directors, Commissioners, Board of Directors, of Gwinnett County, GA individually and in  their official current or "former" capacities, Defendant Victoria Roberts,  in her individual capacity As United States Eastern District Court Judge of Michigan along with unknown employees of the United States Eastern District Court of Michigan, And Does John Does 23 thru 1000 inclusive  ("Defendants co-conspirators"), for the unlawfully and  knowingly using and conspiring to use interstate mails and interstate wire

Page - 19                                    Bridgewater vs. Holder et al

communications for private gain and/or outside of their authority in furtherance of a criminal conspiracy to defraud the United States Government and/or other citizens and/or to deprived Plaintiff Sharon Bridgewater(Specialty Investment Group LLC, agents, etc.)of their property and/or of rights as a citizen of the United States, in violation of 18 U.S.C. §§ 4, 201, 241, 242,(multiple counts), 371, 1001, 1341, 1343, 1346, 1495, 1509, 1513, 1581, 1589, 1951, 28 U.S.C. 530B, 18 USC section 2314, 18 U.S.C. section 666, Theft and/or Perjury and/or Fraud/ and/or Concealment, and/or Violation of Oath of Office/ and/or Corruption, and/or Misprision of felony, and/or Treason, and/or Impersonation of Federal and/or State Judge(s) and/or Assault and battery, kidnapping, in violation of California and/or Georgia and/or Michigan State law(cite).

and the Racketeer Influenced And Corrupt Organizations Act ("RICO") – 18 U.S.C. §1962 (a)and/or (b)and/or( c ) and/or (d),and/or 1964(a)(b)( c ) and (d), to "[resist] the execution of the laws under color of [their] authority," by the on going commission of the above chargeable or indictable or punishable predicate offenses, which used interstate mail or wire fraud and Hobbs Acts offenses as a "pattern of racketeering" to issue and enforce the *void* order in the United States Federal District Court of Georgia, California and/or Michigan, to punish, and/or obstruct Justice for the Plaintifffs exercising ther US Federal and State statutory rights and/or by depriving the Plaintiff of their business, profession, and right to employment as an independent *pro hoc vice* federal civil litigator. that each jointly and/or severally are engaged in activities and conduct that affect federal interstate and/or foreign commerce, and hold legal, equitable, and/or beneficial interests in property and each is a "person," as that term is defined pursuant to Section 1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

Plaintiffs allege that each and every RICO person that is specifically identified and named as a RICO defendant is liable as a principal pursuant to Title 18 United States Code §§ 2(a)-(b) and that each and every RICO person that is a RICO defendant is liable as a co-conspirator pursuant to Title 18 United States Code § 371; by and through employment of federal instrumentalities of federal interstate commerce, including the federal mails, federal wires, and traveling in connection with the commission of racketeering activity across federal interstate and/or international boundaries and/or lines. The Plaintiffs also allege that the events that give rise to causes of actions by and through their employment under the color of Federal and State law.

Plaintiffs further allege that the defendants, each of whom are engaged in principal business activities within the County of the District of Columbia, Washington D.C., in the County of Gwinnett, State of Georgia, in the County of Dekalb, State of Georgia, in the County of Fulton, State of Georgia, in the County of Oakland, State of California, in the County of San Francisco, State of California, in the

County of Washtenaw, State of Michigan engaged in continuous, concerted, and systematic activities with plaintiffs within these districts, resulting in injury to their respective business or property, pursuant to RICO Title 18 United States Code § 1964(C)

**AFFIDAVIT OF PROBABLE CAUSE/ CRIMINAL CHARGES AND/OR CRIMINAL COMPLAINT**

I am a competent adult, says makes the following affirmation under the penalties of perjury and that On or about Sept. 19, 2007 thru present the Defendants upon information and belief, two or more of the predicate acts as itemized in 18 U.S.C. section 1961, and/or crimes:

I I Sharon Bridgewater is a citizen is a citizen of the United States, and is a resident of various states. I Specialty Investment Group LLC was established in 2004 and Specialty Global Investments Incorporated was established in 2009 both companies was dutily licensed under Georgia, and Nevada, and includes a individuals, or a group of individuals associated in fact, joint ventures, of Real Estate Professional which the Plaintiff Solar Energy. Bridgewater & Company Inc. was establish in 2009 dutily licensed under California(or upon the orders of Obama and/or Holder), is a Real Estate Company which involves a variety of services, open to the general public. nature of commerce – Real Estate an enterprise as defined in 18 USC 1964.

Specialty Investment Group LLC "and Specialty Global Investments INC. are dissolved companies, organized and existing under the laws of the State of Georgia, or Nevada with its principal office and place of business in State of Georgia, and the State of Neveda. The Plaintiff is one member organizer and is manager of the Specialty Investment Group LLC, and the chief Executive Officer of Specialty Global Investments INC.The Plaintiff and authorized to handle all the affairs of the Specialty Investment Group LLC, and Specialty Global Investment. Bridgewater and Company Inc. is the Plaintiffs son's company. The Plaintiff is an Officers of Bridgewater and Company organized and existing under the laws of the State of California, with its principal office and place of business in State of State of California. James S. Bridgewater is the owner and operator of Bridgewater and Company and have an interest in this complaint as well. James is in Califonria, and I am in Michigan. The Plaintiff is an Officer and authorize to sue on behalf of Bridgewater and Company INC.

The Plaintiffs Sharon Bridgewater is authorized to manage and handle and conduct all the Businesses listed in this complaint and/or to sue on behalf for the Specialty Investment Group LLC, Specialty Global Investment INC. The Plaintiff is an officer of Bridgewater and Company Inc. and is authorized to sue on behalf of these companies.

I am a fifty year old African America female with no prior felony or misdemonor conviction and/or no juvenile record. My son is with no prior felonies misdemonor conviction or junvile record. I am a graduate from the University of Michigan with Master Degree Credits.

My disability is the direct and proximate cause the Defendants criminal acts of violence, and threat against me and it the direct and proximate cause of my depression.

The United States ex rel Sharon Bridgewater are informed and believe that one or more of the above individuals(Shawn Dovanan,, HUD Director, SunAmerica Affordable Housing Partners, et al and/or Obama and/or Holder commencing in 1997, and continuing thru the filing of this complaint, entered into an unlawful agreement to conceal known facts(fraud), they were under a duty to disclose to US Congress and/or other, abuse US Government Power, obstruct justice, knowingly, willingly, intentionally, transported, transmitted, or transferred in interstate or foreign commerce, and/or caused to be flew in, goods, wares, merchandise, securities and/or money, of the value of $5,000 of United States of America and/or of the Plaintiffs rel Sharon Bridgewater, individually, the Specialty Investment Group L.L.C. A dissolved Georgia Company, and Specialty Global Investments Inc., a dissolved Nevada Corporation ),Bridgewater & Company Inc. a California Corporation of Guns, ammuniction and/or weapons, and/or computers, phones, a gun, valuble business contracts,aother goods of the United States or other goods, wares, etc. knowing it to have been stolen, converted or taken by fraud; and/or knowingly, and/or devised or intended to devise a scheme to artifice defraud the United States Government or Plaintiffs rel Sharon Bridgewater, individually, the Specialty Investment Group L.L.C. A dissolved Georgia Company, and Specialty Global Investments Inc., a dissolved Nevada Corporation ),Bridgewater & Company Inc. a California Corporation of Guns, or obtain money or property by means of false or fraudulent pretenses, representations, or promises, transported or causes to be transported, or induced those operating under their direction(DOJ) and/or Judicial authority a one or more of the above name Defendants person to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud the United States of America, that person or those persons of money or property having a value of $5,000 or more in violation of 18 USC section 2314, and/or have committed a number of other RICO predicate acts; obstruction of justice, mail fraud, wire fraud, retaliating against a federal witness, victim of crime and other predicate acts, and agreed, 371, 1001, 1341, 1343, 1346, 1495, 1509, 1513, 1581, 1589, 1951, 28 U.S.C. 530B, 18 USC section 2314, 18 U.S.C. section 666, Theft and/or Perjury and/or Fraud/ and/or Concealment, and/or Violation of Oath of Office/ and/or Corruption, and/or Misprision of felony, and/or Treason, and/or

Impersonation of Federal and/or State Judge(s) and/or Assault and battery, in violation of California and/or Georgia and/or Michigan State law(cite).

The Plaintiff allege and/or is informed and believe that Obama and/or Eric Holder and/or Obama cabinet member Shawn Dovanan, et al have engaged in dishonest practices in connection with a program administered by an agency of the Government, and have defrauded the United States under 18 U.S.C. § 371 and/or have knowingly, willfully, intentionally agreed to defraud the US government by: making false statements or representations to the government or its agencies in order to obtain property of the government, or performed acts or made statements that they knew to be false, fraudulent or deceitful to the US Congress, and/or other government agencies which disrupted the functions of the agency or of the government; and/or cheated the US government out of money or property: and/or interfered or obstructed the legitimate Government activity; and/or made wrongful use of a governmental instrumentality and/or have engaged in dishonest practices.

Eric Holder the United States Department of Justice Director, at all times mentioned is in charge of the DOJ, and the employees of the DOJ, and all operations, programs and/or the fast and furious operation.

The "Fast and Furious" operation was intended to build cases against Mexican drug cartels and the smuggling networks supplying them by allowing illegally purchased firearms to go from the United States into Mexico. In the operation, "straw buyers" - people who buy the weapons for others who might not legally be allowed to buy them - were allowed to purchase in Arizona illegally large numbers of weapons, some of which ended up in the hands of cartels in Mexico. This operation was under the Direction of Eric Holder Jr.

The idea was that once the weapons in Mexico were traced to the straw purchasers, the smuggling network could be brought down. But the ATF lost track of more than 1,000 firearms, and some guns weren't recovered until they turned up at crime scenes, both in Mexico and, as the Terry case illustrated, the United States.

Once the operation was in the public spotlight, Mexican officials and critics in the United States called the operation a failure, saying it exacerbated the longstanding problem of U.S. weapons getting into the hands of Mexican cartels.

Criticism was heaped on the ATF and its parent agency, the Department of Justice. Congressional committees began investigating, and Democrats and Republicans have been at odds over who knew what about the operation, and when.

The controversial Operation Fast and Furious, which the Bureau of Alcohol, Tobacco, Firearms and Explosives began in 2009, came to the public's attention after guns linked to the program were found at the site where a U.S. Border Patrol agent was killed.

Page - 23                           Bridgewater vs. Holder et al

Brian A. Terry was fatally shot in the Arizona desert, just north of the Mexico border, on December 14, 2010, after he confronted a group of bandits believed to be preying on illegal immigrants. Nearly three months later, Sen. Charles Grassley, R-Iowa, announced that two weapons found near the scene were traced to an ATF gun-running operation, later identified as Fast and Furious.

**The United States ex rel Sharon Bridgewater** allege on December 14, 2010: A Border Patrol Agent Brian A. Terry was <u>killed in the Arizona desert</u>, and later Two guns found at the site are later linked to the ATF Fast and Furious program

**The United States ex rel Sharon Bridgewater** allege on or about January 2011: Congress begins asking questions about the ATF program.

**The United States ex rel Sharon Bridgewater** allege on or about February 4, 2011: Responding to an inquiry from Sen. Charles Grassley, Assistant Attorney General Ronald Weich writes that top officials had only recently learned about the ATF gun-running program, but that nothing improper was done in the operation. Weich also asserts that any allegation that the ATF knowingly allowed the sale of assault weapons to a straw purchaser who then transported them into Mexico is false. "ATF makes every effort to interdict weapons that have been purchased illegally and prevent their transportation to Mexico," Weich wrote.

**The United States ex rel Sharon Bridgewater** allege on or about March 3, 2011: An ATF whistleblower <u>tells  "CBS Evening News" that the ATF intentionally allowed guns to go into Mexico</u>. Just minutes before the broadcast, ATF Acting Director Kenneth Melson issues a statement saying the agency is forming a panel to "review the bureau's current firearms trafficking strategies employed by field division managers and special agents."

**The United States ex rel Sharon Bridgewater** allege on or about March 4, 2011: CNN reports that Grassley wrote a letter to Attorney General Eric Holder <u>complaining that the ATF was "stonewalling" his investigation into the matter</u>. CNN also reports that, according to Grassley, ATF agents told his staff "the agency allowed the sale of assault rifles to known and suspected straw purchasers for an illegal trafficking ring near the southwest border."

Bridgewater vs. Holder et al

**The United States ex rel Sharon Bridgewater** allege on or about May 2011: Holder tells the House Judiciary Committee that he "probably heard about Fast and Furious for the first time over the last few weeks."

**The United States ex rel Sharon Bridgewater** allege on or about June 15, 2011: Rep. Darrell Issa alleges Weich's claim that the ATF never knowingly allowed the sale of assault weapons to straw purchasers, who then transported them into Mexico, is deceiving. Issa, chairman of the House Oversight and Government Reform Committee, and other congressmen allege that although it is technically true that straw purchasers didn't cross any weapons into Mexico, they did transfer them to third parties who did.

**The United States ex rel Sharon Bridgewater** allege on  ATF whistleblowers testify before Issa's committee. Peter Forcelli, a supervisor at the ATF Phoenix field office, says Fast and Furious was "a colossal failure of leadership." An agent, Lee Casa, tells the committee that ATF supervisors brushed off several agents' concerns over letting guns go. Another agent, John Dodson, tells lawmakers: "I cannot begin to think of how the risk of letting guns fall into the hands of known criminals could possibly advance any legitimate law enforcement interest."

**The United States ex rel Sharon Bridgewater** allege on or about August 30, 2011: Melson, the ATF's acting director, is reassigned to a position in the Justice Department. Also, the U.S. attorney for Arizona, Dennis Burke, resigns. Burke's office had given legal guidance to the ATF relating to Fast and Furious.

**The United States ex rel Sharon Bridgewater** allege on or about September 7, 2011: Holder says in a news conference that Fast and Furious "was clearly a flawed enforcement effort," and adds that investigations will find involvement did not reach "the upper levels" of the Justice Department.

**The United States ex rel Sharon Bridgewater** allege on or about October 12, 2011: Congressional investigators issue a subpoena for communications from several top Justice Department officials, including Holder, relating to Fast and Furious. Meanwhile, Republicans say that previously released documents show that Holder knew about Fast and Furious much earlier than he indicated to the House Judiciary Committee in May. Holder and his aides deny the allegation.

**The United States ex rel Sharon Bridgewater** allege on or about Oct. 27, 2011 US Senators and Congress question the Secetary of State of the transporations of the weapons.  Plaintiffs are informed and believe the Secreatary of State had no knowledge of the actions of Obama and/or Holder transporation of weapons to the Mexican Mafia.(Drug Cartel) The Secreatary of State allege as follows:

**The United States ex rel Sharon Bridgewater** allege on or about November 1, 2011: **Lanny** Breuer, an assistant attorney general in charge of the criminal division, tells a Senate judiciary subcommittee that he first learned of the tactic of allowing illegally purchased guns to leave shops in April 2010. That tactic, he said, was executed during a 2006-2007 ATF program, called Operation Wide Receiver, which happened during the George W. Bush administration.

**The United States ex rel Sharon Bridgewater** allege Breuer says he should have warned Holder and other Justice officials about the 2006-2007 tactics, but failed to do so. He said he also failed to recognize that the same tactics used in 2006-2007 were being used again in Fast and Furious.

**The United States ex rel Sharon Bridgewater** allege on or about November 8, 2011: Holder tells the Senate Judiciary Committee that the tactic allowing illegal guns to be smuggled into Mexico "should never have happened, and it must never happen again."

**The United States ex rel Sharon Bridgewater** allege on or about December 2, 2011: The Justice Department withdraws its February 4 letter to Grassley, saying the letter contains inaccuracies.

**The United States ex rel Sharon Bridgewater** allege ahead of a December 8 House Judiciary Committee hearing at which Holder is to testify,1,400 pages demanded by investigators are released. The documents show, among other things,that Justice officials struggled for days over how to write the February letter to Grassley.

**The United States ex rel Sharon Bridgewater** allege,on or about December 7, 2011: Grassley calls on Breuer to resign, saying he misled Congress by saying he didn't know in February that the assertions in the February 4 letter were wrong. Grassley says documents show that Breuer

should have been aware that the letter contained false assertions, due to his knowledge of the 2006-2007 Operation Wide Receiver.


**The United States ex rel Sharon Bridgewater** allege on or about December 8, 2011: Holder tells the House Judiciary Committee that he won't resign over the Fast and Furious controversy, and that he doesn't think any of his top aides should step down. He says the operation relied on "unacceptable tactics" and was "inexcusable," but he says that Justice Department officials have cooperated with investigators, and that <u>any previous misleading information was not part of an intentional deception</u>.


**The United States ex rel Sharon Bridgewater** allege on or about January 31, 2012: Democrats on the House Government Oversight and Reform Committee issue a report saying the panel has found no evidence showing that top Justice officials "conceived or directed" Fast and Furious. The <u>report from the Democrats</u>, who are a minority on the Republican-led panel, places blame for the program on federal agents and prosecutors in Arizona.


**The United States ex rel Sharon Bridgewater** allege on or about February 1, 2012: Terry's parents, Josephine and Kent Terry Sr., <u>file a $25 million wrongful death claim in an Arizona court</u> against the federal government.


**The United States ex rel Sharon Bridgewater** allege on or about February 2, 2012: Holder tells the House Oversight and Government Reform Committee that firings of Justice officials who oversaw Fast and Furious are <u>likely to come in the next six months</u>.


**The United States ex rel Sharon Bridgewater** allege Issa threatens to begin a contempt proceeding against Holder unless he releases more documents.


**The United States ex rel Sharon Bridgewater** allege on or about May 18, 2012: Issa and other House GOP lawmakers send Holder demanding that he <u>release the full amount of materials that Issa's committee asked for previously</u>. Although the letter acknowledges that there's been some cooperation on the investigation, it emphasizes that House Republicans still want answers in two key areas - who in top positions knew about the operation before the murder of a federal border agent exposed its existence, and did anyone on Holder's team misinform Congress when they responded in part to the Oversight committee's subpoena.

**The United States ex rel Sharon Bridgewater** allege on or about June 19, 2012: A showdown meeting between Holder and Issa <u>fails to resolve their dispute over documents</u>. Issa says that unless at least some of the documents are handed over before the committee meets June 20, it would vote on a measure that would send a contempt vote to the full House.

**The United States ex rel Sharon Bridgewater** allege the House Oversight and Government Reform Committee votes 23-17 (with all of the panel's Republicans voting yes, and all of the panel's Democrats voting no) to <u>recommend that the full House vote on whether to cite Holder for contempt of Congress</u>. The vote by the full House <u>could happen on the week of June 25</u>.

**The United States ex rel Sharon Bridgewater** allege on or about **June 28, 2012**: The House votes <u>to hold Holder in contempt of Congress</u>, and/or did hold Holder in criminal and/or Civil Contempt from obstruction a Congressional Investigation.

142 Democrats voted with republican to prevent Holder from lying to Congress with taxpayers money. (see exh.    ). Nearly all republican calls for Holder to resign.

Plaintiffs are informed and believe that the United States Government Oversight Committee, came to the conclusion that certain individual operating under the direction of Holder have committed these acts. Further, upon investigation of the US Congress, on or about, upon information and belief the United States Government and Oversight committee released a report and found that certain individuals employees of the US Department of Justice(operating under the direction of Holder)were "directly" responsible for fast and furious. [1]

Defendants Eric Holder Jr. in his official  or individual capacity personal capacity as Director of of the United States Departmetn of Justice is the final decision maker for any policy and procedure, relating to the DOJ, and his employees and is civilly or criminally responsible for the action of his employees.  .

---

[1] On or about Dec. 3, 2012, DOJ Chief of staff, "Holder right hand man" resigns.

Page - 28                           Bridgewater vs. Holder et al

Obama has failed to instruct, supervise, and control, fire Holder, the DOJ,officers and/or instructed, supervised, and controlled the DOJ and/or Eric Holder, Obama at all times had a legal duty or obligation to fire Holder as Attorney General and has asserts executive privilege, and is in joint particapation with Holder in Holder illegal acts.

Upon information and belief Holder and/or Obama retailated against federal witness and victims of US Government RICO crimes, use violence, threat, coercion, assault, against Fedeal, to halt the ability to report the crimes of Obama and/or Holder, and did overt acts or omission to further the objective of the conspiracy to halt the ability of federal witness to report the RICO CRIMES.

**INTERNET ARTICLE**

# ATF's Warning to Whistleblowers



ATF Acting Director Todd Jones / AP

1

✅✅✅✅✅

2

BY: <u>CJ Ciaramella</u>

3

July 23, 2012 2:00 pm

Lawmakers and government accountability advocates have expressed concern over a July 9 video message directed at Bureau of Alcohol, Tobacco, Firearms and Explosives agents by ATF Acting Director Todd Jones, which they say is a veiled threat to government whistleblowers.

6

7

"Choices and consequences means simply that if you make poor choices, that if you don't abide by the rules, that if you don't respect the chain of command, if you don't find the appropriate way to raise your concerns to your leadership, there will be consequences, because we cannot tolerate—we cannot tolerate—an undisciplined organization," Jones said in the <u>video</u>.

8

9

10

Some lawmakers and government accountability groups interpreted the words as a warning to employees considering blowing the whistle on corruption.

11

12

In a July 18 <u>letter</u> to Jones, Rep. Darrell Issa (R., Calif.) and Sen. Chuck Grassley (R., Iowa) wrote ATF employees must be "free and clear of agency interference or retaliation" if they choose to talk to Congress.

13

14

15

"Your ominous message—which could be interpreted as a threat—is likely to have a major chilling effect on ATF employees exercising their rights to contact Congress," the two lawmakers wrote. "Therefore, it needs to be clarified."

16

17

"On numerous occasions, we have stressed to ATF and the Department of Justice the importance of protecting whistleblower disclosures and preventing retaliation against whistleblowers," they continued.

18

19

20

"The bureau needs to make up its mind whether it's going to be supportive of employees trying to get its mission back on track, or if it's going to snuff out dissent," said Tom Devine, the legal director of the Government Accountability Project. "There doesn't seem to be any consensus."

21

22

23

Grassley and Issa spearheaded the investigation into "Operation Fast and Furious," a flawed gun-walking scheme in which federal agents allowed thousands of firearms to be smuggled across the U.S. border and into the hands of Mexican drug cartels.

24

25

"What it appears to be is a not-so-veiled threat telling (ATF employees) not to do what they did to expose Fast and Furious," Issa <u>told</u> Fox News. "He's basically saying, 'No, keep it in the chain.'"

26

27

Former ATF agent Jay Dobyns, who has been an outspoken critic of the agency's leadership, said Jones' video misrepresented the atmosphere at the agency toward whistleblowers.

28

Page - 30                    Bridgewater vs. Holder et al

"The problem is the whistleblowers I know have all played by the rules and presented complaints to first, second and third level supervisors, the Ombudsman's office, Internal Affairs, the EEOC, the OIG and OSC, Congress, and finally the media," Dobyns wrote on CleanUpATF.org, a forum created by fellow ATF whistleblower Vincent Cefalu.

"None that I am personally aware of immediately jumped [up] and put themselves in front of a reporter or camera. What Acting Director Jones does not discuss is the utter lack of interest when whistleblowers follow the rules. He talks as if the process is balanced but the truth is it is a one-way street. You get NO attention or concern until an executive is embarrassed in the media. Not even an acknowledgement of a complaint beyond a boilerplate email—thank you for your interest; we are very concerned; blah, etc."

Grassley and Issa have previously voiced concern over retaliatory statements made against whistleblowers at the ATF. In a June 29 letter to the Inspector General, Grassley and Issa wrote that, according to eyewitness accounts, ATF Chief of Public Affairs Scot Thomasson vowed retaliation against agents who first disclosed the details of the scandalous Fast and Furious operation.

"All of these whistleblowers have axes to grind," Thomasson allegedly said. "ATF needs to f—k these guys. We need to get whatever dirt we can on these guys and take them down."

The Government Accountability Project's Devine said his organization is working to promote legislation called the Whistleblower Protection Enhancement Act, which would strengthen protections for government employees who report misconduct.

The bill is currently in pre-conference negotiations between the House and the Senate, and he expects a final vote sometime in September, Devine said.

Devine said his organization has recently had positive experiences with ATF leadership resolving whistleblower complaints, but the July 9 video sent a contradictory message.

The Obama administration has been among the harshest in American history when it comes to targeting and prosecuting the whistleblowers that leak information, as well as the journalists who obtain that information.

Under President Obama, more Americans have been charged under the Espionage Act for leaking classified information than all previous administrations combined.

President Obama pledged to run the "most transparent administration in history" upon entering office.

In a statement to the *Free Beacon*, ATF spokesman Marc Willis said the video was addressed to all employees, senior and junior level, and was not meant as a threat.

Page - 31                          Bridgewater vs. Holder et al

"The excerpt in question was not intended to discourage those with protected disclosure from pursuing the full range of legal protections available to them in raising work-related concerns," Willis said. "Acting Director Jones and the leadership of ATF respect the rights of all ATF employees. The ATF leadership has specifically reminded employees and supervisors of employees with protected disclosure rights, about their protections under federal law."

The spokesman also said Jones has expanded opportunities for employees to report work-related concerns since his appointment and added more staff in its ombudsman office to handle complaints, other proof.

Fast and Furious: GOP says wiretaps revealed 'Gunwalking' early on

Dodson went public about the agency's controversial gunwalking tactics in an interview with CBS News in February 2011. He later testified before Congress along with Forcelli.

"It is difficult to understand why ATF leadership would put two of these courageous whistleblowers at the mercy of an individual who made such reckless, irresponsible and inaccurate comments about them 18 months ago," say the members of Congress in today's letter to the Inspector General. The letter also asks "what steps, if any, are being taken to ensure that Thomasson does not use his new position to engage in a campaign of retaliation along the lines he expressed a desire to conduct last year."

ATF told CBS News: "As a general policy, atf does not comment on personnel matters. we respect the rights of all our employees and will proceed an appropriate manner." ATF did not respond to our request to speak to Thomasson, nor did he respond to an email request for comment.

************************END OF INTERNET ARTICLE*************************

THE UNITED STATES OF AMERICA EX REL SHARON BRIDGEWATER allege and/or is informed and believe that Obama and/or Holder conceal known facts(fraud), they were under a duty to disclose to US Congress and/or other, abuse US Government Power.  Plaintiff is informed and believe that Holder and/or Obama transported, transmitted, or transferred in interstate or foreign commerce, and/or caused to be flew in,  goods, wares, merchandise, securities and/or money, of the value of $5,000 of United States of America, Guns, ammunction and/or weapons, aother goods of the United States or other goods, wares, etc. knowing it to have been stolen, converted or taken by fraud; and/or knowingly, and/or devised or intended to devise a scheme to artifice defraud the United States Government, or caused to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud the United States of America, in violation of 18 USC section 2314, and/or  Obstruction of justice

the frustration of governmental purposes by violence, **Obstruction by Violence (18 U.S.C. 1512(a),** the use of violence to prevent a witness from testifying or , corruption, destruction of evidence, or deceit(18 U.S.C. 1512 (tampering with federal witnesses), 1513 (retaliating against federal witnesses), 1503 (obstruction of pending federal court proceedings), 1505 (obstruction of pending Congressional or federal administrative proceedings), 371 (conspiracy), and/or contempt, and constitute one, two or more predicate acts as defined in the RICO statues, and within a ten year period; and the United States ex rel charges Obama and/or Holder with the above mentioned crimes.

**I THE PLAINTIFF SHARON BRIDGEWATER HAVE FIRST HAND KNOWLEDGE OF Holder and/or Obama, et**. Obstruction by Violence (18 U.S.C. 1512(a), the use of physical force or a threat – 18 U.S.C. 1512(a)(2), use of violence to prevent a witness from testifying, assault or a threat, corruption, destruction of evidence, or deceit(18 U.S.C. 1512 (tampering with federal witnesses), 1513 (retaliating against federal witnesses), 1503 (obstruction of pending federal court proceedings), 1505 (obstruction of pending Congressional or federal administrative proceedings), 371 (conspiracy),the destruction or concealment of evidence or attempts to do so (18 U.S.C. 1512(c); and witness harassment to prevent the production of evidence (18 U.S.C. 1512(d) and/or Holder and/or Obama transported, transmitted, or transferred in interstate or foreign commerce, and/or caused to be flew in,  goods, wares, merchandise, securities and/or money, of the value of $5,000 of United States of America, Guns, ammunication and/or weapons, aother goods of the United States or other goods, wares, etc. knowing it to have been stolen, converted or taken by fraud; and/or knowingly, and/or devised or intended to devise a scheme to artifice defraud the United States Government, or caused to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud the United States of America, in violation of 18 USC section 2314.

On or about from August 2008 and continuing thru the filing of this complaint the Plaintiffs have execised her US GUANTEED CONSTITUTIONAL FIRST AMENDED RIGHTS,  AND HOLDER, AND/OR OBAMA AND HIS CABINET MEMBERS HAVE USED  AND AS FOLLOWS:

**RICO PREDICATE ACTS "PATTERN AND PRACTICES" EVENTS AND OCCURANCE AND/OR PROLONGED CRIMINAL ACT LONG TERM/ EXTENDING OVER THE COURSE OF SEVEN YEAR(+) OF SHAWN DOVANAN OBAMA'S**

**CABINET MEMBER**

Obama's cabinet member Shawn Donavan is the Unites States Department of Housing and Urban Development (HUD) duties and/or obligation as HUD Director is to  manages programs, assist community development and help provide affordable housing for the nation. Ensure that

Page - 33                    Bridgewater vs. Holder et al

Federal and/or State Fair housing laws are administered by HUD, and to ensure that individuals and families can buy a homes, rental apartments and/or public housing without being subjected to discrimination. Shawn Dovanavan HUD directs mortgage insurance programs that help families become homeowners, and a rent-subsidy program for low-income families that otherwise could not afford decent housing.   In addition, it operates programs that aid neighborhood rehabilitation, preserve urban centers from blight, and encourage the development of new communities. And public housing across America, Hope VI funds were intended to help, encourage and at all times mentioned had a legal duty or obligation to abide by the HUD regulatory and management The Department of Housing and Urban Development (HUD), and/or Shawn Dovanah who manages programs that assist community development and help provide affordable housing for the nation. Fair housing laws, administered by HUD,  designed to ensure that individuals and families who buy/rent home without being subjected to discrimination. HUD directs mortgage insurance programs that help families become homeowners, and a rent-subsidy program for low-income families that otherwise could not afford decent housing. In addition, it operates programs that aid neighborhood rehabilitation, preserve urban centers from blight, and encourage the development of new communities. HUD,operate the HOPE VI programs(cite the purpose of the HOPE VI) also protects the home buyer in the marketplace and fosters programs to stimulate the housing industry, and at all times had a legal duty or obligation to enforce Federal Fair Housing laws, and not to defraud the US Government out of money.

I at all times owned property in Ann Arbor, MI, I had a successful company and  lived in Ann Arbor for the majority of my adult life. Raised son, after graduate I decided to relocate a try something different.

Plaintiffs at all times mentioned were a strong African America women, goal oriented, civil rights advocate, outgoing, happy, cheerful

James is not listed on this complaint due to his citizenship or resident in California, and I am in Michigan. The Plaintiff Sharon Bridgewater is 50 years old, has no felony, misdemonor or juvenile record.   The Plaintiff Son James S.Bridgewater is 29.5 years old has no felony, misdemonor or juvenile record, and home town is Ann Arbor, MI.  We both have Degrees from Universites, I am a University of Michigan Graduate, with Master degree credit.(see exh.    )  I owned my own business in Ann Arbor, which enable me to purchase a house in Ann Arbor, Michigan, where I raised my son(see exh.   )at all times mentioned brought a house of my own in Ann Arbor, MI, substitute teacher, non profit organization,owned property in Ann Arbor, MI raised my son in the Ann Arbor School district  upon graduation from college, 15 years in Ann Arbor, I ventured to Georgia, where I started a Real

I have no felony or misdemonor conviction(with the exception of the Defendants conspiracy to defraud me out of money) nor juvenile record, nor does my son.

Page - 34                             Bridgewater vs. Holder et al

At all times mentioned Obama invested in AIG a Sunanerica Affordable housing partnership a was

We at all times mentioned were minority small business owners, and were at all times mentioned competitors with two or more of the above Defenants.  At the time the Plaintiff was a 42 Year old Africa entered into a lease agreement contract HOPE VI help,

I at all times enrolled in a MBA Masters of Business Adminstration Degree Program program and was excepted at the University of Maryland, to operate my business more efficiency.  in 2008,at the time my son was studying to become a license Real Estate Broker., The Plaintiffs son at all times mentioned were studying to become a license Real Estate Broker at the times.All defendants came to the meeting of the minds, entered into an unlawful agreement, to use threat, coercion, extortion, take money without due process of law, violate the Plaintiffs rights to free speech(silence the Plaintiff), violate the Plaintiff due process rights in the termination of tenancy process, restrain commerce, monopolize the Real Estate industry and did overt act or omissions to further the objective of the conspiracy.  I entered into a lease agreement with the defendants on these basis
I at alltimes mentioned conducted instate commerce in Michigan, Georgia and/or other States within America and/or internationally.

My son is currently a licensed Real Estate Broker and is the owner of Bridgewater and company and  have no prior felonies or misdemonor convictions.

We at all times mentioned were minority owed businesses, and were at all times mentioned competitors with the Hayes Valley Limited Parntership(Public/Private Partnership)

I am a University of Michigan Graduate, with Master degree credit.(see exh.      ) Duy my time I was attacked by a police officer, and civil rights violation, which is the direct and proximate cause of disability the doctor render me, desipe this over the years I have been contantly attacked without probable cause(see exh.   ) however I have continued to strive excel and conduct business.

I then moved to Georgia,  I was awarded a HUD section 8 housing Voucher I at all times mentioned in this complaint was a participant of the Unites States Department and Urban Development(HUD)Self-Sufficieny Program(a program that help the HUD participants obtain employment or start a business) owned, possessed and control a Hud Section 8 Program housing

choice voucher. [The US Department of Housing and Urban Development manages the Section 8 program(Shawn Donavan and Executive Cabinet of Obama is the Director of HUD).  The HUD Section 8 of the Housing Act of 1937 , 42 U.S.C. § 1437f, authorizes the payment of rental housing assistance to private landlords.

I started a business.  I hired an Real Estate Attorney who been in business for years in the State of Michigan, to put together Real Estate Contract.  I also hired a Attorney in the State of Georgia.  I then started a business the Specialty Investment Group LCC, a Real Estate Company joint venture, residential sales, and pool of residential Real Estate. minority business Owner and/or women's business enterprise.

Specialty Investment Group LLC   involved "multi-function" appraisal, employees, driving a vehical looking at properties, and meeting with propective partners of my company. Real Estate Management, etc., which included upkeep of the properties, lawn care services, maintenances My business was doing very well.(nature of commerce)interstate commerce and consist of an enterprise a group of individuals, partners, etc. Real Estate, and the (The Coalition for Empowerment a 501 C-3 non-profit Organization[2]  I had Real Estate Investors throughtout America and Internationally interested in partnering with my company.  [3]

I rented an Office Space and conducted business out of two Office Suite, in Lawrenceville, GA, 470 N. Clayton Street, Suite 204 and 206.  During my tenancy  I noticed once a week, at a "particular" time of the day, in the City of Lawrenceville, that most, of the "towns caucisina business people" were absent from their work or unavailbe for anyone to contact.    I wondered about the absent, and thought these people were having secret meetings.  At any rate I continued to rent the Office Space to operate my business.

On Sept. 2004, while visiting a friend(an upsale neighborhood)my car was parked in her driveway.   The vehical parked in the drive way was a rental car and "an 2004 Chevy Malibu," which had Michigan Plates.

An Officer "unknown" Gwinnett County Police Officer or Sherriff, detained me, interrogated, and asked questions, and told me the car was reported stolen.

I then told the Officer that there was some mistake, as I had rented the vehical, and my insurance company was suppose to be paying the rental car fee's.

---

1 Formerly Greater Lansing Helping Hands "a teenage abintenance program."

[3] The Real Estate market was at its peak.

Page - 36                       Bridgewater vs. Holder et al

Despite my explaination to the Officer, I was arrested, charged with theft by receiving a stolen vehical and detained in the Gwinnett County Jailed.   recent move to Atlanta, hiring attorney to start my business and/or renting the Office space for my business I was short of funds, and lack of money and due to While I was detained I requested a court appointed attorney as Defense. The State of Georgia appointed Attorney Lucas Harsh in case number#_____.

The incident caused me horrific psychological damages, as mentioned in the above.

Lucas Harsh then questioned me about my life, I told him I had just relocated from Michigan, and had just started a Real Estate Company.  Lucas Harsh asked me for money, I told him I did not have any money or hire an Attorney.

Lucas Harsh subsequently told me to and/or pressured me to plea guilty to a felony of theft by receiving(a stolen vehical), and told me he would not go to trial, because I was guilty of stealing a car.

I then told Lucas Harsh, there was no way I would plea to a crime I did commit, and subsequently told him that I would either represent myself or hire a different attorney for defense.(Lucas Harsh my defense Attorney acted like my "prosecutor." )

I then paid mone and hired a different Attorney(not from Gwinnett County). The charge of theft by receiving of stolen vehical resulted in a "DISMISSAL."

I petitioned Gwinnett County Police Department and the appropriate State Agencies to delete, expunge case #_____, and the above dismissal, one or more of the Defendants refused to.

On or about Sept thru ____, I was stopped on five different occasions, an questioned by Lawrenceville Police Officers or Gwinnett County Police Officer, for no apparent reason.

The incident caused me horrific psychological damages, as mentioned in the above.

The traffic stops were unpleasant to me, and caused psychological as mentioned on page.  The traffic stops caused me horrific trama and psychological damage as mention in the above, however

Page - 37                        Bridgewater vs. Holder et al

Despite this trama and psychological injury, I was determined to succeed and continue to operate my business, and continued to conduct business.

My business was doing very well, and I decided to expand my business to Califonria, and conduct business to the State of California.   I then boarded a flight to California, searched for an apartment in San Francisco, CA.

I located an public housing complex, At which time the complainant went to Hayes Valley Limited Partnership Apartments(HVLP), The Related Companies, McCormack Baron Ragan, MBA, SunAmerica Affordable Partnership(is of AIG which the United States Government and President Barak Obama allocated, 30 billion dollars and bailed out AIG the US Government owes 70 percent.,  at 401 Rose Street, San Francisco, CA( Hayes Valley Limited Partnership(partners) is a monopology which was granted exclusive control US Government, and the United States Department of Housing and Urban Development  is a public/private Federal Government Housing facility that accomadates low income, elderly socially economically disadvantage, and accepts HUD vouchers.  HVLP, build, and subsequently managed the units via HOPE VI funds, HUD HOPE VI program with the goal to provide a springboard for tenants participanting in the HUD   section 8 HUD program to become economically empowered. Public/Private Partnership Real Estate The relevant market for antitrust analysis in this case is the entire contintual of the United States of America and/or internatin. All country-code TLDs are operated and managed outside of the United States. Registration with ccTLDs requires a registrant to leave the borders and protection of the United States. Jane Creason, Kimball and Tirey St. Therefore, these ccTLDs cannot be counted as part of the relevant market for determining antitrust

And the two were a combination of conspiracy.  Are responsible for employees conduct.(RICO))

At all times mentioned HVLP were competitors with the Specialty Investment Group LLC and/or James Bridgewater had just graduate from college and was studying to become a  licensed Real Estate Broker[4], at the time was a household member.

———————————————

[4]  James Bridgewater, the Plaintiff son is a California resident, is currently a license Real Estate Broker in California, own a Real Estate Company, Bridgewater and Company INC. which consist  of a  networking an experienced and/or professional team of real estate professionals in all aspects of commercial and or Real Estate Investment buying and/or selling Real Estate; and the development, leasing, acquisitions, finance, asset management, and/or property management. It also consist    of companies, developers, and law firms, attorneys, brokers, appraisers, developers, property managers, and general and was/is duly authorized a Corporation organized under  the laws of the State of California  nature trade of commerce is Real Estate. Constitute a enterprise and is a Ohio University Graduate.[4]

Page - 38                                   Bridgewater vs. Holder et al

I walked into the lobby area at HVLP, and it was a lady name Hashiah Rasad, she was the property manager of the complex.

I told the Property Manager of Hayes Valley Limited Hashiah Rashad, the I conducted business in Georgia, in Real Estate wanted to rent an apartment in California and make and expand my business to California.  I told her I was doing very well, and that my son  was studying to become a licensed Real Estate Broker, and would occupy the unit while I operated my Real Estate business in the State of Georgia.

Hashiah Rashad told me that they work with a network of community organizations to help their tenants, to establish a positive incentive to become self-sufficient and empowered. Promote individual responsibility and reduce the dependency on federal assistance on housing subsidies and/or section 8   and help tenants become financially independent and agreed to help us, and agreed to rent the apartment to me on the above terms.   Hashiah Rashad/San Francisco Housing Authority told me that it was OK to conduct business out of state and while my son occupied the unit, at all times knew and were aware all contact information in Georgia, information regarding the Plaintiff.

Hashiah than  leased an apartment to me, on the above terms of me conducting business out of State.   I gave Hashiah Rashad/San Francisco Housing Authority the manager for HVLP all my contact information(Office location/address/phone/fax number in the State of Georgia) I supplied Hashiah Rashad/San Francisco Housing Authority with all my contact information and/or income information.

Subsequently On or about Jan. 1, 2005, I Sharon Bridgewater, the San Francisco Housing Authority(SFHA), and HVLP then entered into a "three way" legally binding, HUD lease agreement contract for the premise of 427 Page Street, San Franscico, CA 94102, for $1,600.00 per month and my son James Bridgewater live with me and was listed as a household member on the HUD contract.   HVLP entered into a three way written lease agreement for the premise of 427 Page Street, San Francisco, CA( my HUD voucher was transferred her HUD section 8 voucher  from Georgia to the State of California, and the city of San Francisco).

The HUD contract (varied each month pursuant to my income). the complainant monthly income;  and the HUD contract is one year contract, and after the initial year the contract renew on a month-to-month basis.  The contract does not terminate and can only be transferred to another property, good cause eviction, non-payment of rent or a breach by the Plaintiff pursuant to Hud rules.

My son James occupied the unit as a "household member at the time was studying to become a licensed Real Estate Broker in the State of California.

I then left the State of California and went back to Georgia,to continue to conduct business.[5]

**Hayes Valley Limited partnership and their Partners provide public housing to millions of low income tenants, and/or build, redevelop, provide public housing faciilites in most if not all of the 50 States in the Uniteed States of America. US Government public/private partnership granted exclusive control by the US Government and is a monopolgy.** And receive approx. 19 Billion Dollars annually in US Federal Dollars, and is operated by Shawn Dovanan the United States Deparmtne of HUD. laintiff allege the defendants HVLP at all times mentioned had a Hud regulatory and management agreement pursuant to HOPE VI. Shawn Dovnan, an Obama appointee, (Obama at all times owned, controlled 92% of AIG, and gave AIG Bail out money in 2008, maintained, invested in AIG(SunAmerica Affordable Housing Partnership one of Hayes Valley Limited Partnershi, and is a public/private partnee.Plaintiff allege the defendants at all times mentioned were required to help, aid assist the Plaintiff in her Real Estate Business and help the Plaintiffs to excel, and/or engage in free open competition.

Obama duties are to uphold the US Constition, and oversee his cabinet members.

Holder is the legal advisor to Obama, president's legal adviser and have a legal duty or obligations as the United States Attorney General is to ensure fair and _impartial_ administration of justice for all Americans(including Sharon Bridgewater, et al).

Mr.Holder has a legal duty and/or obligation to enforce civil rights laws and prosecute violators, The Department of Justice Duties and/or obligations is to provide support to victims of crimes.

Holder oversees, the FBI, inspector General, etc. and is responsible and/or represented by ninety-five U.S. attorneys, and/or is also responsible "for the actions" state, municipal, local law enforcement agencies. The Department of Justice represents the U.S. government in legal matters and courts of law, and renders legal advice and opinions upon request to the president and to the heads of the executive departments. The Justice Department is headed by the attorney general of the United States, the chief law enforcement officer of the federal government. Its Federal Bureau of Investigation (FBI) is the principle law enforcement body for federal crimes, and its Immigration and Naturalization Service (INS) administers immigration laws. A major agency within the department is the Drug Enforcement Administration (DEA), which enforces narcotics and controlled substances laws, and tracks down major illicit drug trafficking organizations.

---

[5] On various occasions I traveled back and forward from Georgia to California as time permitted.

Page - 40                    Bridgewater vs. Holder et al

In addition to giving aid and/or "giving orders" to local police forces, the department directs U.S. district attorneys and marshals throughout the country, supervises federal prisons and other penal institutions, and investigates and reports to the president on petitions for paroles and pardons.

I moved to Georgia, at all times was a participant in section 8 program, self sufficiency which is a program of hud to help low income resident start business, and become financially indepent,. I at all times mentioned had high self esteem, big dreams, was goal oriented and happy, and had a beautiful relationship with friends and others.  I was making money in five figures with Specialty Investment Group, my first or second Real Estate transaction, and my companies were excelling. I had started to receive Real Estate Joint from across American and international ventures wanting to partner with my company.  We all came up with the ideal to poole our resources together, after making so much money, and incorporate the Real Estate Company with a Solar Energy Company.

I then decided to expand my business to California, and were conducting business in the State of Georgia, and/or throughout America.

I then flew to California and search for an apartment.  I located a apartment.  Hayes Valley Limited Partership.

Hashiah Rashad then explained to me that the apartment were build from HOPE VI grant, which provide for open competition, help get off public assistance. I explain to her.  She told me the program would help me and  agreed that I could conduct business in Georgia, extended stay while my son operated thea apartment.

 I at entered into a lease agreement based on the conductions.

I Sharon Bridgewater, individually(James Bridgewater-listed as a household member)the (Specialty Investment Group  L.L.C.  A dissolved Georgia Company, and Specialty Global Investments Inc., a dissolved Nevada Corporation ),Bridgewater & Company Inc.(minority business Owners) entered into a Bridgewater(Specialty Investment Group LLC) the San Francisco Housing Authority(SFHA) entered into a "three way" legally binding, HUD lease agreement contract for the premise of 427 Page Street, San Franscico, CA 94102), a legally binding lease agreement with Defendants JOHN DOE 8 unknown  Director of the San Francisco Housing/San Francisco Housing and/or Defendants JOHN DOE 9 unknown employee of the San Francisco Housing Authority(SFHA)  Hayes Valley Limited Partnership (AKA, Hayes Valley Apartments II L.P.),McCormack Baron Ragan Management  Services Inc.MBA Urban Development Co., The Related Companies of California, Inc. Sunamerica Affordable Housing, at all times mentioned agreed on this terms and/or Roger and MaryTonna

I at all times mentioned had a legally, THE HUD CONTRACT IS BINDING AND RE-NEW EACH MONTH  with HVLP, Roger and/or Mary Tonna, – A 90 day notice of HUD termination of tenancy PURSUANT TO FEDERAL AND/OR STATE LAW] Partnership Inc., Hasinah Rahim(HVLP)A US GOVERNMENT PUBLIC/PRIVATE PARTNERSHIP CONTRACT.

Hashiah Rashad, property manager  Hayes Valley Limited Partnership(AKA, Hayes Valley Apartments II L.P.), McCormack Baron Ragan Management  Services Inc.
MBA Urban Development Co., The Related Companies of California, Inc. Sunamerica Affordable Housing Partnership Inc., and/or Hasinah Rahim, knew and were aware I owed and operated my own Real Estate Business, and knew and were are that James was studying to become a license Real Estate Broker in the State of California, we were competitor and minority business owners at all times mentioned had a valid lease agreement that renewed on a month to month basis. And knew and were aware they entered into a HOPE VI contract to help the Plantiff compete in fair open competient, and/or Roger and Mary Tonna.

I then flew back to Georgia to conduct business while my son occupied the unit.

While in Georgia,and/or before entering into the contract with HVLP, An "unknown" Gwinnett County Police Officer or Sherriff, "allegedly" checked the Plates on the rental car, the vehical was "listed as a stolen vehichal."  The Officer asked questions about the car, and subsequently I had rented the car in Michigan, and told the Officer that there had to be a mistake as to why the vehical was reported stolen.

 I then told him my automobile(s) had full coverage, and my insurance company was suppose cover my rental car fee's.(At the time I owned a 1999 Madza 626 and a 1998 Ford Ranger Truck both were in a collusion, and/or needed repairs and/or unavailable and I had rental car coverage pursuant to insurance).

Despite the explaination, the Gwinnett County Officer, arrested me, charged with theft by receiving a stolen vehical, and detained me in the Gwinnett County Detention Center and my bond was $2,500.00.  I then paid the bond and was release from jail.

 I then requested the State of Georgia to appoint an Defense Attorney for me in the criminal case.

The State of Georgia then appointed Lucas Harsh as Defense Counsel.

Page - 42                              Bridgewater vs. Holder et al

I met with Lucas Harsh. He then questioned me about my life.   I told him I had just relocated from Michigan to Georgia and had just started a Real Estate Company and conducted instate commerce. Lucas Harsh then asked me for money.   I told him I did not have any money, due to the recent moving cost, and the start of my business the Specialty Investment Group LLC, and/or due to business expenses such as Office rents, etc.(Specialty Investment Group LLC conducted business out of two Office Suite in Lawrenceville, GA).

Later, maybe a week or so went by,  Lucas Harsh called me and told me to plea guilty to theft by receiving a stolen vehical.    He then "as defense counsel"  pressured me to plea guilty to the of theft by receiving.

I then told Lucas Harsh, there was no way that  I would plea guilty to a crime I did commit. I then subsequently told Harsh, that he acted like a "Prosecuting Attorney" instead of a defense Attorney.    I disagreed with Harsh on several occasions, and on two occasion argued with Harsh about my defense.   I  subsequently told Lucas Harsh, that I did not want him to represent me a defense counsel, and I then "fired" Harsh, and borrowed money and hired another attorney for defense counsel(not of Gwinnett County).

The charge of theft by receiving of stolen vehical charge resulted in  **"DISMISSAL,"** (due to a mix up with my insurance company with rental payments).

On or about Nov.20, 2005 or April, 12, 2006 or Oct. 30, 2007 and/or continuing thru present  I the Plaintiffs an African American small minority business owner, citizen of the United States of America was conducting instate commerce and/or was driving my vehical(s)[Company Van, Pontaic, Camero]normally and with the regular flow of traffic, minding my own business, not enaged in any suspicion activity and had violated no traffic laws.

Two or more of these Defendants; came to the meeting of the minds, entered into an unlawful agreement, (Defendants JOHN DOE 9 unknown  employee of the San Francisco Housing Authority in his official and/or in individual current or former capacity, Hayes Valley Limited Partnership,  (AKA, Hayes Valley Apartments II L.P.), McCormack Baron Ragan Management Services Inc.MBA Urban Development Co., The Related Companies of California, Inc. Sunamerica Affordable Housing Partnership Inc., Hasinah Rahim, Shawn Bankson, Jane Creason, Kimball, Tirey & St. John, LLP, and/or Chandra Y. Schreinder #2491, Individually and in her official and/or "former"  capacity as arresting Officer of the DeKalb County, GA Police

Department, Officer Franklin Individually and in his/her official and/or "former" capacity as a DeKalb County, GA Police Officer, Detective GeorgeIndividually and in her official and/or "former" capacity as Detective of the DeKalb County GA Police Department Lieutenant Hamilton Individually and in his/her official and/or "former" capacity as Lieutenant of the DeKalb GA County Police Department, Defendants JOHN DOE 13 unknown, DeKalb County GA Police Officers in their individual and official and/or "former" capacities, Randy Rich, Individually and in his official capacity as the Superior Court Judge of Gwinnett County, Lucas O. Harsh, Rosanna Szabo Individually and in her official and/or "former" capacity as Gwinnett County Solicitor, Officer Hardin "former" Police Officer of the Lawrenceville Georgia Police Department, Defendants JOHN DOE 14 unknown Lawrenceville ,GA Police Officers in their individual and official and/or "former" capacities, Defendants JOHN DOE 15 unknown Lawrenceville ,GA Chief of Police he/she is  sued in his/her current or "former" capacity as Chief of Police, Officer Caldwell Individually and in his official and/or "former"  capacity as arresting Officer of the Gwinnett County, GA Police or Sheriff Department and two or more of these state of Georgia, and/or State of California Defendants, Federal and/or State Official and/or Actor and/or joint participates with Federal and State Actors, came to the meeting of the mind, entered into an unlawful agreement, Acted under the color of Federal and/or Georgia State law, and/or California law initiated their police lights, and/or used excessive force(stopped the Plaintiffs at GUNPOINT) and made  traffic stops on the Plaintiffs.

Exhibit "A" makes the following statement:  "I observed a vehical had a drive out tag and then intitiated my light.

Exhibit "A" makes the following statement: Two Black male subjects.[6]

The Defendants actions constituted a State Action;  and their actions were motivated by class, race and/or a discriminatory animus; and the defendants violated my US Constitutional 4th United States Constitutional Right via the 5th or 14th amendment or US Constitutional amendment right in the traffic stop, and my right to be free from unreasonable search and seizure 42 USC section 1985(3)/1983(18 U.S.C section 241/242),

It is unlawful for Police Officer, Sgts, etc. to enter into a conspiracy to deprive any person of the rights and privileges of a citizen.  The Plaintiff had a right to drive her car and be free from discrimination.

The Plaintiff had a right to due process in the traffic stop.  The Plaintiff had a right a fourth US Constitutional right to be free from "unreasonable searches and seizures. The Plaintiff had right

---

[6] The Declarant "own" personal testimony, and Officer Schneider actions are clearly in violation of established law which permits a driver to drive with a drive out tag. (Berry vs. State of Georgia, 248 *Ga*. App. 874).

to be free from criminal trespass, invasion of privacy and a right to own and possess her business and personal possession.

Officer Schriender et al, at all times mentioned had a duty and/or obligation to follow correct police procedures in the traffic stop, not to discriminate against me based on race, class or ethnicity, and breached their duty or obligation toward the Plaintiffs.  A unconstituioanal traffic stop, renders a ticket, or citiation invalid, or and this court will or declare any subsequent conduct of the Officers based on an unconstituional traffic stop illegal and/or  unconstitutional.

1.  used threat, excessive force, coercion or force, intimidation, arrested me without due process of law, unconstitutional search and seizure of my vehical,   and/or "body, without probable cause, and violated my 4th United States Constitutional Right via the 5th or 14th amendment in the search and seizure of my body(18 U.S.C section 241/242) and/or;

2.  acted in joint participation  with tow companies, took each and/or every vehical I owned [Company Van, Camero, (the plaintiffs-Specialty Investment Group LLC vehicals and with three stainless steel appliance in the back of the Van]  without probable and without due process of law, and violated my 4th United States Constitutional Right via the 5th or 14th amendment in the traffic stop, search and seizure of my body(18 U.S.C section 241/242) and/or;

3.  That the defendant knowingly, intentionally arrest the plaintiffs, unlawfully restrained the Plaintiffs victim of unlawful traffic stops, and interfered substantially with the Plaintiffs liberty; without due process of law and/or without probable cause, and violated my 4th United States Constitutional Right via the 5th or 14th amendment in the traffic stop, search and seizure of my body(18 U.S.C section 241/242) and/or;

1.  and "put and/or posted" a mugshot (the plaintiffs-Specialty Investment Group LLC)" libeled my fingerprints put my fingerprints and/or picture in their police data base, and violated my 4th United States Constitutional Right via the 5th or 14th amendment in the traffic stop, search and seizure of my body(18 U.S.C section 241/242) and/or;

Page - 45                                        Bridgewater vs. Holder et al

2. kicked the my door down," entered my resident or place of business(Specialty Investment Group LLC) evaded my  personal privacy, made a warrantless search, absent probable cause and/or exigent circumstances and "without consent, " trespassed on lawfully lease or co-owed property without the right, and  took my property (personal and business and of the Specialty Investment Group LLC, valuable Specialty Investment Contracts, Solar Energy Company ideals, contracts,computers intangible and/or tangible property) valued at more than $5,000,and/or without my consent, and absent of "exigent circumstance."

3.  and issued six traffic violations, and/or other traffic citiations without probable cause or due process of law and violated my 4th United States Constitutional Right via the 5th or 14th amendment in the traffic stop, search and seizure of my body(18 U.S.C section 241/242) and/or;

4.  and/or set bail and/or personal recon. Bond.

5. initiated misdemoor State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater, and/or felony criminal proceeding of theft by taking charge and/or against me without probable cause.

**While these above above events were taking in the State of Georgia,  the follow in events were taking place in California during the same time frame:**

6. HVLP, Shawn Bankson et al  - and operating under the direction of Shawn Dovanan(Federal and/or State law) concealed known facts, they were under a duty to disclose to the Plaintiffs,  sent via US Postal mail notice to pay rent or quit at 427 Page Street, San Francisco, CA and;

7. Concealed known facts from, they were under a duty to disclose to the Plaintiffs,  intiated an unlawful detainer complaint against the Plaintiffs non-payment of rent in the amount of $749.00, on or about April 24, 2006 and for the possession of 427 Page Street, San Francisco, CA and;

8.  Concealed known facts, they were under a duty to disclose to the Plaintiffs, obtain payments from the Plaintiffs, and/or the unauthorized

Page - 46                                   Bridgewater vs. Holder et al

party living in the plaintiff household, from May 4, 2006 thru Nov. 2007 in the amount exceeding $2,5000, and/or obtain possession of the Plaintiff of 427 Page Street, San Francisco, CA via a legal document of a Stipulated Judgment for possession of the Plainiff apartment with an unauthorized party and/or the Plaintiff's son and/or;

9. On or about Nov. 21, 2007 concealed known facts they were under a duty to disclose to the Plaintiffs, falsified, or covered up by any trick, scheme, or device a material fact, or made false, fictitious or fraudulent statements or representations, or made or used false writing or a document knowing it contained false, fictitious or fraudulent statement or entry, in violation of 18 U.S.C. 1001 and/or while under a lawfully administered oath or affirmation, testified falsely or made a deposition or statement, in a judicial, legislative or administrative proceeding under oath in a court of law and to the Superior Court Judge in violation of Federal law and/or California State law, and obtained possession of the Plaintiffs apartment of 427 Page Street, San Francisco, CA 9410, and/or;

In furtherance of the unlawful agreement of the Defendants  I was released from jail, in State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater, I exercised my US Constitutional legal right,  disputed all the charges, fought/litigated  the case myself for approx. one year.  After a year the case was bound over to Superior Court of Gwinnett County.

The time in fighting the case took away from my valuable time need to conduct my business the Specialty Investment Group LLC, and I suffered damage in an amount to be proven at trial.

The case was then bonded over from the municipal court of Lawrenceville, GA, to the Gwinnett County Superior Court.  I then **demanded a court appointed attorney and a jury trial**.

I was appointed an Attorney by the name of Jack Spence.  Jack Spence counseled me and told me to plea guilty to one or more of the crimes.  I told Jack Spence I wanted and/or demanded a jury trial.  Jack Spence then told me he would inform me of court dates, etc.   I never heard from Jack Spence again regarding any future court dates.

Page - 47                              Bridgewater vs. Holder et al

On or about April/May 2006 I Sharon Bridgewater(Specialty Investment Group LLC) was conducting interstate commerce, minding my own business and driving my car I had just purchased.  I was "stopped" again by a Gwinnett County Police Officer.  The Officer asked for my Drivers license, proof of insurance, etc.

I politely gave the Officer the information, and asked the Officer the reason for the traffic stop. He responded and told me my tags were expired.

I explained to the Officers that I just had purchased the vehical and showed him proof of the new purchase, and proof of insurance and/or all proof which permited me to drive the vehical(Georgia law permits a driver 21 days to obtain a plate).

The Gwinnett County Police Officer then "used police radio" "ran" my name through the computer data base, and then instructed me to exit the vehical.

Subsequently the Gwinnett County Police Officer then told me I had a warrant for my arrest for the failure to appear in court for the above six traffic violations and Superior Court of the State of Georgia,  State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater.  The Officer then  physically restrained and/or arrested transported me to the Gwinnett County Detention Center.

And despite my showing the Officer the proof as mentioned in the above sentence,The Officer then issue two or three traffic citiations, and then called a tow company and towed the vehical I had just purchased.

The citiations was issued on the State of Georgia, City of Lawrenceville, Gwinnett County, Georgia

Any reasonable Officer would have have "not" issued traffic citiations upon the showing of proper proof of purchase,  etc.   Upon information and belief these citiations were issued just for the purpose to obtain money from the Plaintiffs without due process of law and/or these tickets issued constitute a scheme to defraud the Plaintiffs.

I the Plaintiffs suffered  from  trauma, shock, flashbacks, post-tramatic stress syndrome, and other mental ailments due to the arrest,and that which resemble as previous unconstitutional traffic stop as mentioned with Officer Hardin and does defendants Lawrenceville, GA Police Officers, was unable to operate my business/office  for nine days, and suffered business loses,

lost of Real Estate Contracts, etc and suffered damages and I was injured in business or property in the amount to be proven at trial.


I Plaintiffs Sharon Bridgewater(Specialty Investment Group LLC)was then detained in the Gwinnett County Detention Center for nine days, restrained from freedom of movement, deprived of my liberty, and against my will  and without any legal representation for failure to appear for the State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater.    On or about the 9th day, "Jack Spence," the State of Georgia court appointed Attorney(my Defense) came to the Gwinnett County Detention Center and spoke with  me regarding the case.


Mr. Spence at that time told me to plea guilty to one or more of the charges.  I told him I was not going to plea to guilty.   I then subsequently told him I wanted to go to trial and demanded a jury trial.


Mr. Spence then, told me  that it would take at least six to eight months for the case to be called for jury trial.  He then assured that I would "most likely" be convicted of one of more of the crimes.  Mr. Spence  then subsequently gave me ultimatum, to either;

> 1) sit in jail approx. six to eight months and await for a trial of the above Charges.
> 2) Pled guilty to one or more of the charges, State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater.  and be released from jail immediately.


I did not want to sit in jail for six to eight month and wait for a trial, so I **involuntary pleaded guilty** to one or more of the above crimes.


Upon release from jail, I then immediately called the tow company to obtain my vehical towed by the Gwinnett County Police Officer.  The the towing and storage bill had accumulated so high over nine days, and in amount I could not afford.   I was unable to get my newly purchased vehical out of tow, and lost my newly purchased vehical I had just brought and was damaged and/or I was injured in business or property and was damaged in unknown amount to be proven at trial.

I Sharon Bridgewater(Specialty Investment Group LLC)  was unable to conduct business for the nine day I was detained in the Gwinnett County Detention center against my will, and lost business, lost profits, in an undisclosed amount and I was injured and/or damage in business or property and was damaged in unknown amount to be proven at trial.

On or about  2007, I the Plaintiffs at all times mentioned  exercised my US Constitutional 1st amendment right and/or other legal rights as guareenteed by the United States Constitution;  filed a petition with the court and requested Judge Rich to withdraw the plea.  The petition I filed and presented to Randy Rich was and on the basis that my plea was involuntary and/or coerced and/or forced.  I DEMANDED A JURY TRIAL in Superior Court of the State of Georgia,  State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater.        .

A true and correct copy of said document is attached as Exhibit "A"  Register of court actions" and incorporated by reference, as if set forth fully herein.

Based on the evidence that the I submitted to Randy Rich(State Court Judge).  Randy Rich granted my motion and withdrew my plea of guilty and/or  set a Jury Trial date.

Randy Rich  a Superior Court Judge for Gwinnett County located in Lawrenceville, GA holds himself with a "high standard" as a Judicial Officer, and a representative for the State of Georgia and/or an Public Servant or Officer of the court law to make fair, impartial decisions on behalf of the State of Georgia.  Rich, had a legal duty or obligation to perform his judicial duties and make impartial decisions on behalf of the State of Georgia.   Harsh, a defense attorney for the State of Georgia, had a legal duty or obligation to represent and defend client to the best of his ability, and not to use deceit or collusion.  Szabo had a legal duty or obligation to comply with Federal and State laws in the criminal prosecution of the Plaintiffs and not to use deceit or collusion.

## UNLAWFUL AGREEMENT OF RICH, HARSH AND SZABO

On or about July thru and/or Sept. 18,2007, at the Gwinnett County Superior Court House in Lawrenceville, GA, Randy Rich, a State of Georgia Official, Szabo, another State official employed by the State of Georgia, and Harsh a contractor or employee of the State of Georgia, came to the meeting of the minds, entered into an unlawful agreement, ratified,approved, concealed known facts, had "secret" meetings, had two notice of conflict hearings,and/or other

meetings. Plaintiff are informed and belive that Harsh infomed Rich of my disapproval of his representation in these notice of conflict meetings.  Plaintiff allege and/or are inform and believe that Rich knew and were that the Plaintiff conducted business in the State of Georgia, and aware knew I dispproved, and/or would have fired Harsh in a previous criminal case.    Rich acted under the color of Georgia State law acted outside his scope of authroity, "ordered" the Plaintiffs was not able to speak, a "ordered" Harsh to represent the Plaintiff's  in the criminal case of State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater.

Rich's actions was a STATE ACTION, and Rich violated my first amendment right to free speech or my 6th  via the 5th or 14th amendment and/or 42 USC section 1983(18 U.S.C section 241 or 242),  in the criminal case of State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater.      .

.

Szabo and/or Harsh at all times mentioned knew and were aware that Rich had violated my US Constitutional rights, Harsh and/or Szabo at all times had a duty or obligation legal duty to report the crime of Randy Rich.

Harsh, and Szabo failure to report the crimes of Rich, actions constitute collusion, deceit, and/or joint participation with Rich, and their actions were the same as Rich.  Harsh, Szabo, and Rich actions constituted a conspiracy under the color of law, and all Defendants violated my first amendment right to free speech or my 6th  via the 5th or 14th amendment and/or 42 USC section 1983/1985(3),  in the criminal case of State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater and their actions constituted a State Action their actions were motivated and/or a class or race based, indiviously discriminatory animus was behind the Harsh, Rich, et al action, and/or constitute fraud on the court, and/or  deceit, collusion and/or a violation of 18 USC section 371 and/or constituted retaliation the Plaintiffs a federal  witness, in violation of 18  U.S.C. 1513.

All Defendants knowingly and willfully agreed, committed an act under the color of law and deprived, and/or violated the Complaintant Sharon Bridgewater civil rights, in violation of 18 U.S.C. section 242/ 241.

I was unaware of these meeting, and the Defendants were under a duty to disclose to me these known facts, because I would have would have defended myself and/or borrowed money and hired an attorney.

In furtherance of the unlawful agreement on or about _____thru Sept. 18, 2007, the Defendants concealed these known facts from me, and/or Harsh concealed known facts that he was appointed my defense attorney State Court Accusation and case # 06-D-03943-S2, State of Georgia vs. Sharon Bridgewater.

Page - 51                          Bridgewater vs. Holder et al

On or about Sept. 18, 2007, at approx. 3:30 PM Defendant Lucas Harsh, employed the federal interstate wires originating within the state of Georgia , and terminating within the state of Georgia defendants terminating in the State of Georgia to Complainant Sharon Bridgewater(Specialty Investment Group LLC) and "called me via telephone," and said:

"meet me at 9:00 am in the morning for trial at 75 Langley Drive, Lawrenceville, GA 30045 in Judge Randy Rich Courtroom."

On or about Sept. 19, 2007, I followed Harsh's instruction, and on Sept. 19, 2007 at At approx. 9:00 AM, I met Harsh in Rich's Court room,at 75 Langley Drive, Lawrenceville, GA 30045, the Gwinnett County Superior Court in an "unknown" courtroom in State Court Accusation and case # 06-D-03943-S2, and/or in Randy Rich's Courtroom; and all - Hardin(Lawrenceville, GA Police Officers), Szabo, Rich, and Harsh, were talking together, in a area away from me. I could not hear what they were discussing or talking about. Harsh then left Rich, Hardin, et al, and approached me.

Harsh then told me, he was not going to represent me in the Jury Trial, and told me if I did not plea guilty to two of the crimes of reckless driving and driving with no proof of insurance, I would be convicted of all six counts of DUI, DUI, failure to maintain lane, etc.( I had no prior discussions with Harsh, regarding any defenses, factual basis for plea, or "NO PRIOR KNOWLEDGE, AND WAS TOTALLY IN THE BLIND OF EVERY THING,"and/or fired Harsh in a previous case).

Plaintiffs is informed and believe Harsh's agreed, approved conspired with Rich, et al to use threat, coercion or force. Harsh, et al actions constituted threats or force, coercion or force.

I felt trapped, helpless, oppressed, double, trepled teamed by the entired Gwinnett County and/or State of Georgia, and unable to speak on my own behalf (see paragraph    ), and in fear of being convicted of all six criminal charges, and I had no choice, and under duress, threat, or coercion, I involunatry agreed to plea guilty to the two crimes of reckless driving and driving with no proof of insurance.

In furtherance of the unlawful agreement of Rich, Harsh, Officer Hardin a "former" Lawrenceville Police Officer and Defendants JOHN DOE 14 unknown Lawrenceville ,GA Police Officers, ON THE DAY OF THE JURY TRIAL, State Court Accusation and case # 06-

Page - 52                        Bridgewater vs. Holder et al

D-03943-S2, State of Georgia vs. Sharon Bridgewater, Rich et al, agreed prepared a disposition, and waiver of jury,  the disposition(probation) of fines $1080.00, and/or under duress, threat, force or coercion of Lucas Harsh, obtained my signature on an official legal document of a waiver of Jury trial, ordered  me to pay to the Gwinnett County Professional Probation Services $1,080.00, placed the Plaintiffs on Probation for five months restriced the Plaintiff(Sharon Bridgewater/Specialty Investment Group LLC)movements, and caused to be Georgia, a order of suspsenion of my Georgia license without due process of law,and/or a  placed in a US Postal mail box and/or transmitted via wire(computer)(mail/wire fraud) to the Secretary of State of disposition ordering me to due labor at the Gwinnett County Detention Center.

I was unable to conduct business, drive and appraise properties, conduct business freely and/or manage properties for my business and lost business, and was libeled, as being arrested for "druken driver business owner" (in which upon any investigation of a person background would not want to be involve in business dealings) defamed, because of the defendants unlawful agreement, suffered from depression and I was injured in business or property in an amount to be proven at trial.

The  Defendants actions constituted  threat,  force, violence, or fear, in violation of the Hobbs Act (18 U.S.C. § 1951) of obtaining of property or money from the Plaintiff  under the consent of the Plaintiff and/or under color of official right and the defendants  interfered with commerce by threats or violence obstructed, delayed, or affects commerce or the movement  of any article or commodity in commerce, by robbery and/or physical violence in violation of 18 USC section 1951, conspiracy and/or constituted a  false imprisioned of the Plaintiffs and/or violation of section  18 U.S.C. section 1495 (unjust correction and imprisonment)and/or Georgia State law, and/or;

The Defendants agreed and both individually and/or severally and/or jointly, knowingly and willfully influenced, delayed, or prevented the testimony of the Plaintiff in the Jury Trial and/or official proceeding in violation of 18 USC section 1512 and/or and the defendants did acts or omissions  in furtherance of the objective of the conspiacy to halt the ability of the Plaintiffs to report the crimes.

The Defendants actions were without probable cause, and act under the color of Georgia State law, and their actions consitituted a State Action and/or his action were movitated by class, race or discriminatory animus, conspiracy under the color of law, and all defendants violated my US Constitutional right to  to free speech, my  6th  amendment right to effective counsel, via the 5th or 14th amendment in the 42 USC section 1985/1983(18 U.S.C section 241/242), deprive the Plainitff her right to a jury trial, and/or right to confront accusers, and violated the 13th US Amendment Constitution and subjected me to slavery and peonage, and their actions also constituted a scheme to defraud the US and/or the Plaintiffs out of money and/or property.
Rich actions constitute treason, fraud on the court, abuse of the Gwinnett County Superior Court, abuse of the US Government, Violation of Oath of Office/Corruption, and conspiracy as defined in 18 usc section 371.

In furtherance of the unlawful agreement Rich, et al obtain "undisclosed" amounts of money from the Plaintiffs in connection with the void disposition, and the defendants did overt act and/or omission to further the objective of the conspiracy to halt the Plaintiffs ability to report the crimes and defraud the plaintiffs and/or the US out of money or property and did acts or omission to further the objective of the conspiracy.

In futherance of the unlawful agreement of the et al Defendants, plaintiffs are informed and belief that on or about Oct. 19, 2007 Rich, et al, acted in joint participation with Caldwell,a Gwinnett County Police Officer, to make an unconstititional traffic stop, falsely arrest the Plaintiff and subject the Plaintiff to more peonage and slavery.

   On or about Oct. 19, 2007, , after I had "completed" free labor, and after I left the Gwinnett County Detention, Caldwell a Gwinnett county Police Officer, adopted the acts of Hardin, et al as mentioned in the above paragraph_____ issued traffic citiations that not listed in the Georgia code of notation, the acts of Hardin, et al as mentioned in the above paragraph_____ Officer Caldwell did adopt the acts of the Defendants and did committed issue the Planitff a traffic citiation that's not in Georgia code of notation, and did overt acts or omission in furtherance of the objective of the conspiracy.

The Defendants caused the Plaintiff damage and caused the Plaintiff horrific mental and/or pycholical damage and/or caused damage to the Plaintiff business or property and the Plaintiffs have damages according to proof at trial.

In furtherance of the agreement Oct. 30, 2007 thru April 2009(ONE YEAR AND A HALF),Officer Schriender, Dective George, et al, Dekalb County, knowingly, intentionally kept the theft by taking charges(crime they committed against the complaintant) open and pending against the Plaintiffs without the initition of criminal proccedings, presentment to a Grand Jury, and/or initition of process any criminal process.   and dismiss the charges, and the proceeding ended in the Plaintiffs favor.  During this time the Plaintiffs were unable to report the crime to a federal judge because the charges were open and pending against the Plaintiffs and did overt acts or omissions to further the objective of the conspiracy.

The Defendants actions constitute an indictable offense as defined in 18 USC section 1512 in that they hindered, delayed, or prevented the Plaintiffs from communicating to a law enforcement officer or judge of the United States of information relating to the commission or of a Federal offense of the theft of my business and personal property; and the defendants did acts or omissions to further the objective of the conspiracy to halt the Plaintiffs to report the crimes;

Page - 54                                 Bridgewater vs. Holder et al

In furtherance of the unlawful agreement of the Defendants, On or about Nov. 30, 2007 and continuing thru the filing of this complaint Rich, et al, falsified, concealed or covered up by any trick, scheme, or device a material fact, or made false, fictitious or fraudulent statements or representations, or made or used false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, in violation of 18 U.S.C. 1001, obtained arrest warrant(s) for the Plaintiff .

Plaintiff allege the warrant(s) was obtained not for the purpose of criminal prosecution but for private purposes  and to extort money from the Plaintiffs  and/or return the Plaintiffs to peonage or slavery.  Rich et al then employed the federal mails and/or federal interstate wires and/or foreign international wires to the United States Department of Justice, and/or and the United States Department of Justice Eric Holder Jr.,United States Attorney General,  Defendants JOHN DOE 1 unknown  employees of the Executive Branch  and other agencies of the U.S. government in their official personal capacity and/or personal "former "capacities, Defendants JOHN DOE 2 are unknown agents  of the Federal Bureau of Investigation(FBI)in their official personal capacity and/or "former "capacities,  Defendants JOHN DOE 3 unknown Assistant United States Attorney General(s),  in their official personal capacity and/or  "former "capacities, Defendants JOHN DOE 4 unknown US "State" Attorney (ies) General(s), "issued " two or more arrest warrants for the Plaintiff name Sharon Bridgewater and/or "put" the Plaintiffs name in the National Crime Data Base as "WANTED CRIMINAL" in a National Criminal Data(NCIC) did overt acts or omissions to further the objective of the conspiracy; and libeled, defamed the Plaintiffs, and caused the Plaintiff mental and/or pycholical damage and/or caused damage to the Plaintiff business or property and the Plaintiffs  have damages according to proof at trial.

### HOLDER, DEKALB COUNTY ET AL ILLEGALLY KEEPS THE SPECIALTY INVESTMENT AND/OR THE  PLAINTIFFS BUSINESS PROPERTY

On or about from April 2009, and continuing thru the date of the filing of this complaint, the Plaintiffs at all times mentioned, had a right to my business and personal property, and/or to taken and to conduct interstate commerce, and On or about Nov. 1, 2007 and continuing thru the filing of this complaint Plaintiffs have repeatedly  asked Dekalb County, Eric Holder(FIVE YEARS), and/or two or more of the Defendants JOHN DOE 1 unknown  employees of the Executive Branch  and other agencies of the U.S. government in their official personal capacity and/or personal "former "capacities,  Defendants JOHN DOE 2 are unknown agents  of the Federal Bureau of Investigation(FBI)in their official personal capacity and/or "former "capacities,  Defendants JOHN DOE 3 unknown Assistant United States Attorney General(s),  in their official personal capacity and/or  "former "capacities, Defendants JOHN DOE 4 unknown US "State" Attorney (ies) General(s). and/or requested and demanded the return of the Specialty Investment Group LLC property, Specialty Global Investments Inc. and/or Bridgewater & Company INC. and property valued over $5,000.00. (FIVE YEARS), to continue to conduct business.

On or about from April 2009, and continuing thru the date of the filing of this complaint the Plaintiffs have reported the crimes of Dekalb County and/or Randy Rich et al to the  Department of Justice Eric Holder Jr.,United States Attorney General,  Defendants JOHN DOE 1 unknown employees of the Executive Branch  and other agencies of the U.S. government in their official personal capacity  and/or personal "former "capacities,  Defendants JOHN DOE 2 are unknown agents of the Federal Bureau of Investigation(FBI)in their official personal capacity and/or "former "capacities,  Defendants JOHN DOE 3 unknown Assistant United States Attorney General(s),  in their official personal capacity and/or  "former "capacities, Defendants JOHN DOE 4 unknown US "State" Attorney (ies) General(s), and have continuously  requested for the arrest warrant to be depleted from the NCIC data system .

In furtherance of the unlawful agreement of the defendants. On or about from April 2009 thru filing of this complaint each Defendant have constantly ignored the Plaintiffs and did overt acts to further the objective of  the conspiracy.

Holder et al is responsible for the maintenance of the NCIC datat base, and the Plaintiffs allege that et al knew and were aware that the Plaintiff were a victim of RICO activities and/or of a crime, and knowingly, intentinally failed to delete the arrest warrants out of the NCIC data base , and have knowingly intentionally deprive the Plaitniffs of her business and/or personal property and have interfered with the Plaintiffs "livelihood" and did overt acts and/or objectives to further the conspiracy.

Holder et al  knowingly and willfully, and intentionally holds the Sharon Bridgewater by an arrest warrant with the intent of the Complaintant to return the Complaintant Sharon Bridgewater to a condition of peonage, in violation of 18 U.S.C. section 1581 Peonage.

Holder et al actions constitute and indictable offense; - racketeering across state lines, in violation of  the Racketeering  Influenced and  Corrupt Organizations  Act("RICO") at 18 U.S.C. 1962

Holders et al actions constitute a conspiracy to restrain commerce, and retaliation  against federal witness,  victim,  in violation of 18  U.S.C. 1513; and and intentional act to deprive the Plaintiff the right to honest service and a violation of 18 USC section 1346.  Holder et al did overt acts,  and omission to further the objective of the conspiracy.

   a.  All Defendants  Holder,  Rich, Szabo, et al and those operating under the direction of Gwinnett County, Dekalb County and/or the DOJ, agreed, received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, used or invested, directly or indirectly, part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment of the Gwinnett County Detention Center(a private jail facility-Private Contractors of the US Government, State of Georgia, or Dekalb County

Page - 56                              Bridgewater vs. Holder et al

or the DOJ) and/or Professional Probation Services, Gwinnett County Courts, Dekalb County or the DOJ and/or Lance Towing, and/or other towing companies, and etc. and/or are private contractors of the US Government, State of Georgia, and/or the Federal Government that hold legal or equitable in property and interest in the operation of, the enterprise and their which is activities of which affected, interstate or foreign commerce and is a Rico Enterprize as defined  in 18USC section 1964.

b.  All Defendants  Holder,  Rich, Szabo, et al and those operating under the direction of Gwinnett County, Dekalb County and/or the DOJ  agreed, received any income derived agreed, through a pattern of racketeering activity or through collection of an unlawful debt to acquired or maintained, directly or indirectly,  controled and/or had interest in the enterprise which is engaged in, the activities that affect, interstate or foreign commerce.

c.  All Defendants  Holder,  Rich, Szabo, et al and those operating under the direction of Gwinnett County, Dekalb County and/or the DOJ  were employed by or associated with the enterprise that engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.

d.  All Defendants  Holder,  Rich, Szabo, et al and those operating under the direction of Gwinnett County, Dekalb County and/or the DOJ  conspire to violate the above (a), (b), or (c).

The Plaintiff have been  injured, damage in person business or property and have damages to be proven at trial.

.
Defendants JOHN DOE 13 is unknown Lawrenceville ,GA Chief of Police in his/her current or "former" capacity as Chief of Police in his/her individual and official or "former "capacity is the final decision maker for any policy and procedure, of Hardin and Does Defendants Lawrenceville Georgia Police officer and is responsible for their actions.

Defendants JOHN DOE 14 is unknown  "Chief of Police of  Gwinnett County, GA
Police or Sherriff'Department in his/her individual and official or "former "capacity in his/her individual and official or "former "capacity is the final decision maker for any policy and procedure, of Officer Caldwell actions and is responsible for their actions.

Bridgewater vs. Holder et al